B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**B.J. Esberner and Associates, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**36-4158682** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**5707 W. Howard St.**<br>**Niles, IL**<br>ZIP Code **60714** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box)

☐ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
■ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities,
check this box and state type of entity below.)

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined
in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
■ Other

**Tax-Exempt Entity**
(Check box, if applicable)

☐ Debtor is a tax-exempt organization
under Title 26 of the United States
Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which
the Petition is Filed** (Check one box)

■ Chapter 7
☐ Chapter 9
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Chapter 15 Petition for Recognition
of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition
of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

☐ Debts are primarily consumer debts,
defined in 11 U.S.C. § 101(8) as
"incurred by an individual primarily for
a personal, family, or household purpose."
■ Debts are primarily
business debts.

**Filing Fee** (Check one box)

■ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must
attach signed application for the court's consideration certifying that the
debtor is unable to pay fee except in installments. Rule 1006(b). See Official
Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must
attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates)
are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors,
in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,
there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

B1 (Official Form 1)(4/10)                                                                                             Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **B.J. Esberner and Associates, Inc.** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____<br>    Signature of Attorney for Debtor(s)            (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

      _____
      (Name of landlord that obtained judgment)

      _____
      (Address of landlord)

☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐    Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10)

# Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):

**B.J. Esberner and Associates, Inc.**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

**X** **/s/ Ben Schneider**
Signature of Attorney for Debtor(s)

**Ben Schneider**
Printed Name of Attorney for Debtor(s)

**Schneider & Stone**
Firm Name

**8424 Skokie Blvd.**
**Suite 200**
**Skokie, IL 60077**

Address

**Email: ben@windycitylawgroup.com**
**847-933-0300  Fax: 847-676-2676**
Telephone Number

**April 22, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** **/s/ Bernie Esberner**
Signature of Authorized Individual

**Bernie Esberner**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**April 22, 2010**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re **B.J. Esberner and Associates, Inc.** ,

Case No. _____

Debtor

Chapter _____ **7** _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 4 | 42,481.54 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 16,874.85 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 30 | | 1,642,876.01 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 39 | | | |
| Total Assets | | | 42,481.54 | | |
| Total Liabilities | | | | 1,659,750.86 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
### Northern District of Illinois

In re  **B.J. Esberner and Associates, Inc.**
_____,
                                          Debtor

Case No. _____

Chapter_____**7**_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

.

In re    **B.J. Esberner and Associates, Inc.**
_____,    Case No. _____
                                    Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | |
|---|---|---|
| Sub-Total > | 0.00 | (Total of this page) |
| Total > | 0.00 | |

__0__ continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re    **B.J. Esberner and Associates, Inc.**
    Debtor    Case No. _____

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Parkway Bank Checking | - | 6,793.54 |
| | | Parkway Bank Checking | - | 129.00 |
| | | Parkway Bank CD | - | 10,553.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >    **17,475.54**
(Total of this page)

___3___  continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **B.J. Esberner and Associates, Inc.**                              ,    Case No. _____

Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Accounts receivable** | - | 2,000.00 |
| | | **Accounts receivable** | - | 8,368.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

Sub-Total >    **10,368.00**
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **B.J. Esberner and Associates, Inc.**                                  ,      Case No. _____
Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | Office furniture | - | 2,000.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | | Tools owned outright | - | 10,638.00 |
| | | Tools in payment | - | 2,000.00 |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |

|  | Sub-Total > | 14,638.00 |
|---|---|---|
|  | (Total of this page) | |

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

**B6B (Official Form 6B) (12/07) - Cont.**

In re    __**B.J. Esberner and Associates, Inc.**_____ ,    Case No. _____
　　　　　　　　　　　　　　　　　Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 35.  Other personal property of any kind not already listed. Itemize. | X | | | |

| | |
|---|---|
| Sub-Total > | **0.00** |
| (Total of this page) | |
| Total > | **42,481.54** |

Sheet __**3**__ of __**3**__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com            Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re  **B.J. Esberner and Associates, Inc.**                                    Case No. _____
                                                                          ,
                                         Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | | |
| Account No. | | | | | **Purchase Money Security** | | | | | |
| **VF IMAGEWEAR INC** **PO BOX 640396** **Pittsburgh, PA 15264** | - | | | | **Parkway Bank CD** | | | | | |
| | | | | | Value $                  **10,553.00** | | | | **5,874.85** | **0.00** |
| Account No. **13455** | | | | | **Purchase Money Security** | | | | | |
| **Zareba Systems, Inc** **PO Box 681109** **Milwaukee, WI 53268-1109** | - | | | | **Tools in payment** | | | | | |
| | | | | | Value $                   **2,000.00** | | | | **11,000.00** | **9,000.00** |
| Account No. | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| **0** continuation sheets attached | | | | | Subtotal (Total of this page) | | | | **16,874.85** | **9,000.00** |
| | | | | | Total (Report on Summary of Schedules) | | | | **16,874.85** | **9,000.00** |

B6E (Official Form 6E) (4/10)

.

In re    **B.J. Esberner and Associates, Inc.**                                    ,    Case No. _____
                                                          Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

**0**    continuation sheets attached

B6F (Official Form 6F) (12/07)

In re  **B.J. Esberner and Associates, Inc.** ,    Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **AAA COOPER TRANSPORTATION** <br> **PO BOX 102442** <br> **Atlanta, GA 30368-2442** | | - | | | | | 366.02 |
| Account No. <br><br> **ABF FREIGHT SYSTEM INC** <br> **2943 E WIEDING RD** <br> **TUCSON, AZ 85706-5937** | | | | | | | 0.00 |
| Account No. <br><br> **ADVANTA BUSINESS CARDS** <br> **PO BOX 8088** <br> **PHILADELPHIA, PA 19101-8088** | X | - | | | | | 14,467.08 |
| Account No. <br><br> **AGL CORP** <br> **3355 SOLUTIONS CENTER** <br> **JACKSONVILLE, IL 60677-3003** | | - | | | | | 3,767.93 |

| | | |
|---|---|---|
| __29__ continuation sheets attached | Subtotal <br> (Total of this page) | 18,601.03 |

B6F (Official Form 6F) (12/07) - Cont.

In re   **B.J. Esberner and Associates, Inc.**                                    ,   Case No. _____
                                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| ALBION ENGINEERING CO 1250 N CHURCH ST MOORESTOWN, NJ 08057 | | - | | | | | | 4,599.49 |
| Account No. **473313** | | | | | | | | |
| AMAZON.COM 1516 2nd Avenue Seattle, WA 98101 | | - | | | | | | 1,066.13 |
| Account No. **71005** | | | | | | | | |
| AMERICAN EXPRESS PO BOX 0001 LOS ANGELES, CA 90096-0001 | X | - | | | | | | 11,782.92 |
| Account No. **3732-717515-82004** | | | | | | | | |
| AMERICAN EXPRESS PO Box 53852 Phoenix, AZ 85072-3852 | | - | | | | | | 188.39 |
| Account No. **11000** | | | | | | | | |
| AMERICAN EXPRESS BLUE PO BOX 0001 LOS ANGELES, CA 90096-0001 | X | - | | | | | | 13,729.01 |

Sheet no. __1___ of __29__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

31,365.94

B6F (Official Form 6F) (12/07) - Cont.

In re    **B.J. Esberner and Associates, Inc.**                              ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **312 340 043 4** <br><br> **AMEX MERCHANT** <br> **PO BOX 53852** <br> **Phoenix, AZ 85072** | | - | | | | | | **Unknown** |
| Account No. <br><br> **ANTECH CORP** <br> **4261 S COUNTRY CLUB** <br> **TUCSON, AZ 85714-2209** | | - | | | | | | **96.42** |
| Account No. <br><br> **BAC INDUSTRIES** <br> **PO BOX 5236** <br> **HOPKINS, MN 55343** | | - | | | | | | **745.45** |
| Account No. **0285** <br><br> **BANK OF AMERICA** <br> **PO BOX 15710** <br> **WILMINGTON, DE 19886-5710** | X | - | | | | | | **21,943.56** |
| Account No. **4806** <br><br> **BANK OF AMERICA** <br> **PO BOX 15710** <br> **WILMINGTON, DE 19886-5710** | X | - | | | | | | **7,172.05** |

Sheet no. __2__ of __29__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**29,957.48**

B6F (Official Form 6F) (12/07) - Cont.

In re   **B.J. Esberner and Associates, Inc.**                                          ,   Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **6695** | | | - | | | | | |
| **BANK OF AMERICA PO BOX 15710 WILMINGTON, DE 19886-5710** | X | | | | | | | 19,364.14 |
| Account No. | | | - | | | | | |
| **BD LOOPS 5362 BOLSA AVE UNIT C HUNTINGTON BEACH, CA 92649** | | | | | | | | 1,156.92 |
| Account No. | | | - | | | | | |
| **BEA INC 2330 Brickvale Dr. Elk Grove Village, IL 60007** | | | | | | | | 297.00 |
| Account No. | | | - | | | | | |
| **Bernie Esberner 6639 N. Oconto Ave. Chicago, IL 60631** | | | | | | | | 493,688.48 |
| Account No. | | | - | | | | | |
| **BOULDER BAG CO 224 WEST 4860 SOUTH MURRAY, UT 84107-7952** | | | | | | | | 1,106.71 |

Sheet no. __3__ of __29__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

515,613.25

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re  **B.J. Esberner and Associates, Inc.** _____,    Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **BOURN TOUGH** **371 MCDOWELL DR** **EAST BRUNSWICK, NJ 08816** | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| **BUCKET DOLLY INC** **PO BOX 88661** **BOCA RATON, FL 33488** | - | | | | | | | 96.95 |
| Account No. | | | | | | | | |
| **BUFFALO TOOLS** **1220 NORTH PRICE RD** **Saint Louis, MO 63132** | - | | | | | | | 634.36 |
| Account No. | | | | | | | | |
| **BUILDER'S WORLD WHOLESALE** **PO BOX 2285** **WAUKESHA, WI 53187** | - | | | | | | | 153.74 |
| Account No. | | | | | | | | |
| **C.H. HANSON CO** **2000 N AURORA RD** **NAPERVILLE, IL 60563-8793** | - | | | | | | | 102.46 |

Sheet no. __4__ of __29__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **987.51**

B6F (Official Form 6F) (12/07) - Cont.

In re    **B.J. Esberner and Associates, Inc.**                                                        ,    Case No. _____
                                         Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **CALCULATED INDUSTRIES** **4840 HYTECH DR** **CARSON CITY, NV 89706** | - | | | | | | | 62.05 |
| Account No. | | | | | | | | |
| **CAMPBELL HAUSFELD - AIR TOOLS** **PO BOX 710797** **CINCINNATI, OH 45271-0797** | - | | | | | | | 4,430.34 |
| Account No. | | | | | | | | |
| **CAMPBELL HAUSFELD - POWERED PROD** **PO BOX 710797** **CINCINNATI, OH 45271-0797** | - | | | | | | | 1,340.35 |
| Account No. | | | | | | | | |
| **CANNON SAFE/GUNVAULT** **19949 KENDALL DRIVE** **SAN BERNADINO, CA 92407** | - | | | | | | | 978.00 |
| Account No. | | | | | | | | |
| **CENTRAL BUILDERS SUPPLY** **ATT: DEBBIE M** **6800 N W 22ND ST** **GAINESVILLE, FL 32653** | - | | | | | | | 5,573.48 |

Sheet no. __5__ of __29__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **12,384.22**

B6F (Official Form 6F) (12/07) - Cont.

In re   **B.J. Esberner and Associates, Inc.**                              ,      Case No. _____
                                         Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **CENTRAL TOOLS** **456 WELLINGTON AVE** **CRANSTON, RI 02910** | - | | | | | | 219.23 |
| Account No. | | | | | | | |
| **CHAMBERLAIN GROUP INC** **PO BOX 99152** **CHICAGO, IL 60693** | - | | | | | | 11,058.68 |
| Account No. | | | | | | | |
| **CHASE** **PO BOX 9001022** **LOUISVILLE, KY 40290-1022** | - | | | | | | 100,296.87 |
| Account No. | | | | | | | |
| **CHASE** **PO BOX 78035** **PHOENIX, AZ 78035** | - | | | | | | 108,927.92 |
| Account No. | | | | | | | |
| **CHASE** **PO BOX 9001020** **LOUSIVILLE, KY 40290-1020** | - | | | | | | 187,416.48 |

Sheet no. __6__ of __29__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)           **407,919.18**

B6F (Official Form 6F) (12/07) - Cont.

In re    **B.J. Esberner and Associates, Inc.**                              ,    Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **0607**<br><br>CHASE<br>PO BOX 15153<br>WILMINGTON, DE 19886-5153 | - | | | | | | 1,916.58 |
| Account No. **3888**<br><br>CHASE<br>PO BOX 15153<br>WILMINGTON, DE 19886-5153 | - | | | | | | 25,414.32 |
| Account No. **8590**<br><br>CHASE<br>PO BOX 15153<br>WILMINGTON, DE 19886-5153 | - | | | | | | 3,452.92 |
| Account No. **424371701881**<br><br>CHASE PAYMENTECH<br>PO BOX 6600<br>Hagerstown, MD 21741 | - | | | | | | 0.00 |
| Account No.<br><br>CHICAGO CASE COMPANY<br>4446 S ASHLAND AVE<br>CHICAGO, IL 60609 | - | | | | | | 2,615.78 |

Sheet no. __7__ of __29__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   **33,399.60**

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **B.J. Esberner and Associates, Inc.**                                    ,        Case No. _____
                                                      Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**CITIBANK AADVANTAGE**<br>**PO BOX 6537**<br>**THE LAKES, NV 88901-6537** | X - | | | | | | 56,509.93 |
| Account No.<br><br>**COLLIERS INTERNATIONAL REMS**<br>**23516 NETWORK PL**<br>**CHICAGO, IL 60673-1235** | - | | | | | | 4,633.70 |
| Account No.<br><br>**COM-SAL INC**<br>**11723 NORTHLINE IND DR**<br>**MARYLAND HEIGHTS, MO 63043** | - | | | | | | 346.00 |
| Account No.<br><br>**CONSTRUCTION ELECTRICAL PRODUCTS**<br>**7800 LAS POSITAS RD**<br>**LIVERMORE, CA 94551** | - | | | | | | 397.28 |
| Account No.<br><br>**CRICK TOOL**<br>**17785 FM 773**<br>**BEN WHEELER, TX 75754** | - | | | | | | 87.63 |

Sheet no. __8__ of __29__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

61,974.54

B6F (Official Form 6F) (12/07) - Cont.

In re    **B.J. Esberner and Associates, Inc.**                                    ,    Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**CRYSTAL QUEST**<br>**2130 NORTHWEST PARKWAY**<br>**STE I**<br>**MARIETTA, GA 30067** | - | | | | | | 1,508.90 |
| Account No.<br><br>**CST CORP**<br>**PO BOX 0532113**<br>**ATLANTA, GA 30353-2113** | - | | | | | | 11,599.00 |
| Account No.<br><br>**CURRENT TOOLS**<br>**PO BOX 17026**<br>**GREENVILLE, SC 29606** | - | | | | | | 6,117.56 |
| Account No.<br><br>**D-CUT - ACTO INC**<br>**1432 BROOK DR**<br>**LOMBARD, IL 60515** | - | | | | | | 422.60 |
| Account No.<br><br>**DAN LIPMAN & ASSOCIATES INC**<br>**5 TAYLOR COURT**<br>**LOCUST VALLEY, NY 11560** | - | | | | | | 319.90 |

Sheet no. __9__ of __29__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **19,967.96**

B6F (Official Form 6F) (12/07) - Cont.

In re  **B.J. Esberner and Associates, Inc.** _____ ,        Case No. _____
                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| DBI SALA PO BOX 1450 MINNEAPOLIS, MN 55485-7502 | - | | | | | | 918.14 |
| Account No. | | | | | | | |
| DIAMOND PRODUCTS PO BOX 74454 CLEVELAND, OH 44194-4454 | - | | | | | | 653.18 |
| Account No. | | | | | | | |
| DISCOVER CARD  PERSONAL PO BOX 6103 CAROL STREAM, IL 60197-0124 | - | | | | | | 13,728.84 |
| Account No. | | | | | | | |
| DITEQ/DIAMOND TOOLS & EQUIPMENT 1250 NW MAIN ST LEE'S SUMMIT, MO 64086 | - | | | | | | 43.79 |
| Account No. | | | | | | | |
| DOORJAK / HARDNOX LLC 3024 DE LA VINA ST SUITE D SANTA BARBARA, CA 93105 | - | | | | | | 2,930.00 |

Sheet no. __10__ of __29__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

18,273.95

B6F (Official Form 6F) (12/07) - Cont.

In re **B.J. Esberner and Associates, Inc.** _____,    Case No. _____
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| DORENE GATE OPENERS 1199 NORTH GROVE ST ANAHEIM, CA 92806 | - | | | | | | | 495.20 |
| Account No. | | | | | | | | |
| EAGLE ACCESS CONTROL SYSTEM 13745 SATICOY ST VAN NUYS, CA 91402 | - | | | | | | | 1,446.50 |
| Account No. | | | | | | | | |
| ENDEAVOR TOOL COMPANY 18 WORCESTER ST West Boylston, MA 01583 | - | | | | | | | 16.50 |
| Account No. | | | | | | | | |
| GENERAL EQUIPMENT PO BOX 334 620 ALEXANDER DR SW OWATONNA, MN 55060 | - | | | | | | | 1,352.12 |
| Account No. | | | | | | | | |
| GENERAL TOOLS & INSTRUMENTS 80 WHITE ST NEW YORK, NY 10013-3567 | - | | | | | | | 3,491.20 |

Sheet no. __11__ of __29__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

6,801.52

B6F (Official Form 6F) (12/07) - Cont.

In re   **B.J. Esberner and Associates, Inc.**                                    ,        Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **271888198815** | | | | | | | | |
| **GOOGLE ADWORDS** **1600 Amphitheatre Parkway** **Mountain View, CA 94043** | - | | | | | | | 188.39 |
| Account No. | | | | | | | | |
| **GTO INC** **PO BOX 535076** **ATLANTA, GA 30353** | - | | | | | | | 466.00 |
| Account No. | | | | | | | | |
| **GUARDIAN GATE HARDWARE** **4261 SOUTH COUNTRY CLUB RD** **TUCSON, AZ 85714-2009** | - | | | | | | | 101.95 |
| Account No. | | | | | | | | |
| **HARRIS N.A.** **PO BOX 6290** **CAROL STREAM, IL 60197-6290** | - | | | | | | | 170,015.62 |
| Account No. | | | | | | | | |
| **HOSETRACT** **PO BOX 80008** **FORT WAYNE, IN 46898** | - | | | | | | | 607.50 |

Sheet no. __12__ of __29__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            **171,379.46**

B6F (Official Form 6F) (12/07) - Cont.

In re  **B.J. Esberner and Associates, Inc.**                                    ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **HUSQVARNA CONSTRUCTION PRODUCTS PO BOX 2771 CAROL STREAM, IL 60132-2771** | - | | | | | | 34,327.90 |
| Account No. | | | | | | | |
| **ICS, BLOUNT INC PO BOX 404298 ATLANTA, GA 30384-4298** | - | | | | | | 6,688.69 |
| Account No. | | | | | | | |
| **IL DEPT OF REVENUE RETAILERS IL DEPT OF REVENUE RETAILERS OCCTAX SPRINGFIELD, IL 62796** | - | | | | | | 4,072.09 |
| Account No. | | | | | | | |
| **IMER USA INC 221 Westhampton Place Capitol Heights, MD 20743** | - | | | | | | 296.54 |
| Account No. | | | | | | | |
| **JENNY & EMGLO AIR COMPRESSORS 850 N PLEASANT AVE SOMERSET, PA 15501** | - | | | | | | 4,139.54 |

Sheet no. __13__ of __29__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                  49,524.76

B6F (Official Form 6F) (12/07) - Cont.

In re    **B.J. Esberner and Associates, Inc.** ,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| JOHNSON LEVEL & TOOL MFG. CO., INC 6333 W DONGES BAY RD MEQUON, WI 53092-4456 | - | | | | | | | 660.60 |
| Account No. | | | | | | | | |
| KESON INDUSTRIES 810 COMMERCE Aurora, IL 60504 | - | | | | | | | 180.54 |
| Account No. | | | | | | | | |
| KETEC, INC. 1256 N. CHURCH STREET Unit A MOORESTOWN, NJ 08057 | - | | | | | | | 64.50 |
| Account No. | | | | | | | | |
| KJB SECURITY PRODUCTS 841-B FESSLERS PARKWAY Nashville, TN 37210 | - | | | | | | | 135.57 |
| Account No. | | | | | | | | |
| KRAFT TOOL INC PO BOX 860230 Shawnee, KS 66286-0230 | - | | | | | | | 1,717.80 |

Sheet no. __14__ of __29__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **2,759.01**

B6F (Official Form 6F) (12/07) - Cont.

In re  **B.J. Esberner and Associates, Inc.**                                          ,    Case No. _____
　　　　　　　　　　　　　　　　　　　Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| LAGASSE BROTHERS 1339 SOLUTIONS CTR Chicago, IL 60077-1003 | - | | | | | | 372.02 |
| Account No. | | | | | | | |
| LANDMANN USA 101 OLD MILL RD BLDG 300 Cartersville, GA 30120 | - | | | | | | 4,003.76 |
| Account No. | | | | | | | |
| LASER JAMB INC 3725 IRONGATE RD STE 105 Bellingham, WA 98226 | - | | | | | | 2,839.49 |
| Account No. | | | | | | | |
| LASER PRODUCTS INDS INC 1335 LAKESIDE DR Romeoville, IL 60446 | - | | | | | | 60.00 |
| Account No. | | | | | | | |
| LASER REFERENCE 151 MARTINVALE LN San Jose, CA 95119 | - | | | | | | 407.92 |

Sheet no. __15__ of __29__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)　　7,683.19

B6F (Official Form 6F) (12/07) - Cont.

In re **B.J. Esberner and Associates, Inc.**                                              ,        Case No. _____
                                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| LASERKERF 669 BURTON PIKE Georgetown, KY 40324 | | - | | | | | | 59.50 |
| Account No. | | | | | | | | |
| LEICA PO BOX 536874 Atlanta, GA 39353-6874 | | - | | | | | | 22.63 |
| Account No. | | | | | | | | |
| LENGEMANN POSITIONING SOLUTIONS P.O. BOX 496 Niles, MI 49120 | | - | | | | | | 421.83 |
| Account No. | | | | | | | | |
| LOUISVILLE LADDER PO BOX 7247-6048 PHILADELPHIA, PA 19170-6048 | | - | | | | | | 2,463.99 |
| Account No. | | | | | | | | |
| MANUFACTURERS SALES CO PO BOX 2064 Texarkana, TX 75504-2064 | | - | | | | | | 5,962.00 |

| | | |
|---|---|---|
| Sheet no. __16__ of __29__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 8,929.95 |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                              Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **B.J. Esberner and Associates, Inc.**                                    ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| MARLEY ENGINEERED PRODUCTS PO BOX 99124 Chicago, IL 60693 | - | | | | | | | 1,819.50 |
| Account No. | | | | | | | | |
| MAXONICS INDUSTRIAL NETWORK 20651 GOLDEN SPRINGS DR Walnut, CA 91789 | - | | | | | | | 446.06 |
| Account No. | | | | | | | | |
| MIDWEST PRO MARKETING 19027 JODI ROAD UNIT#1 Mokena, IL 60448 | - | | | | | | | 314.47 |
| Account No. | | | | | | | | |
| MILLER EDGE INC PO BOX 159  RD 300 NORTH JENNERSVILLE West Grove, PA 19390 | - | | | | | | | 1,637.57 |
| Account No. | | | | | | | | |
| MINDEN GRILL COMPANY 2222 2E PARK PLACE Minden, NV 89423 | - | | | | | | | 109.00 |

Sheet no. __17__ of __29__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **4,326.60**

B6F (Official Form 6F) (12/07) - Cont.

In re  **B.J. Esberner and Associates, Inc.**                                     ,       Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **MK DIAMOND DEPT 8247 LOS ANGELES, CA 90084-8247** | - | | | | | | 1,590.40 |
| Account No. | | | | | | | |
| **MOBLO ENTERPRISE LLC 09758 ELSWORTH RD East Jordan, MI 49727** | - | | | | | | 197.66 |
| Account No. | | | | | | | |
| **MRO SOLUTIONS 5645 WEST HOWARD ST Niles, IL 60714** | - | | | | | | 24.26 |
| Account No. | | | | | | | |
| **MS SEDCO 8701 CASTLE PARK DRIVE Indianapolis, IN 46256** | - | | | | | | 587.19 |
| Account No. | | | | | | | |
| **MUZZY & PETERS 486 W WRIGHTWOOD AVE Elmhurst, IL 60126** | - | | | | | | 265.95 |

Sheet no. __18__ of __29__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                       2,665.46

B6F (Official Form 6F) (12/07) - Cont.

In re  **B.J. Esberner and Associates, Inc.**                                      ,    Case No. _____

Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| NED PO BOX 1461 Brattleboro, VT 05302-1461 | - | | | | | | | 26.08 |
| Account No. | | | | | | | | |
| NICOR PO BOX 0632 Aurora, IL 60507-0632 | - | | | | | | | 11.93 |
| Account No. | | | | | | | | |
| NORTHWEST LASER 2200 UNIVERSITY AVE SUITE 100 St Paul, MN 55114 | - | | | | | | | 1,852.30 |
| Account No. | | | | | | | | |
| PACH & COMPANY 941 CALLE NEGOCIO San Clemente, CA 92673 | - | | | | | | | 2,108.30 |
| Account No. | | | | | | | | |
| PACIFIC LASER SYSTEMS, LLC 2550 KERNER BLVD San Rafaek, CA 94901 | - | | | | | | | 1,249.68 |

Sheet no. __19__ of __29__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

5,248.29

B6F (Official Form 6F) (12/07) - Cont.

In re __**B.J. Esberner and Associates, Inc.**_____,    Case No. _____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| PRECISION DESIGNED PRODUCTS 2807 OREGON COURT SUITE F1 Torrance, CA 90503 | - | | | | | | | 4,328.37 |
| Account No. | | | | | | | | |
| PRECISION INSTRUMENTS INC PO BOX 1306 Des Plaines, IL 60017 | - | | | | | | | 953.20 |
| Account No. | | | | | | | | |
| PRO-CUT PO Box 0070 Pittsburgh, PA 15264 | - | | | | | | | 2,345.67 |
| Account No. | | | | | | | | |
| QEP CO INC 1001 BROKEN SOUND PRKWY NW Boca Raton, FL 33487 | - | | | | | | | 1,885.26 |
| Account No. | | | | | | | | |
| QUAL-CRAFT INDUSTRIES INC PO BOX 36 60 MAPLE ST Mansfield, MA 02048 | - | | | | | | | 6,294.89 |

Sheet no. __20__ of __29__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **15,807.39**

B6F (Official Form 6F) (12/07) - Cont.

In re **B.J. Esberner and Associates, Inc.** _____,    Case No. _____
                                           Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **QUICK ANGLE INC** **36875 BACHELOR FLATS** **North Creston, WA 99117** | - | | | | | | 161.00 |
| Account No. | | | | | | | |
| **QUIKPOINT** **23B BRADFORD ST** **Concord, NA 01742** | - | | | | | | 1,288.89 |
| Account No. | | | | | | | |
| **RAMSET AUTOMATIC GATE SYSTEMS** **9116 DE GARMO AVE** **Sun Valley, CA 91352** | - | | | | | | 1,272.77 |
| Account No. | | | | | | | |
| **ROBERTS TOOL** **16 MIDLAND AVENUE** **Elmwood Park, NJ 07407** | - | | | | | | 2,916.32 |
| Account No. | | | | | | | |
| **ROYALMARC CORP** **160-B COMMERCE RD** **Boynton Beach, FL 33426** | - | | | | | | 243.67 |

Sheet no. __21__ of __29__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

5,882.65

B6F (Official Form 6F) (12/07) - Cont.

In re **B.J. Esberner and Associates, Inc.**_____,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **RTC FALL PROTECTION ONE SELLSTROM DR Palatine, IL 60067** | - | | | | | | | 344.31 |
| Account No. | | | | | | | | |
| **SCHONSTEDT 100 EDMOND RD Kearneysville, WV 25430** | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| **SE-KURE CONTROLS INC 3714 RUNGE ST Franklin Park, IL 60131** | - | | | | | | | 661.00 |
| Account No. | | | | | | | | |
| **SEA USA INC 10850 NW 21ST BLDG 160 Miami, FL 33172** | - | | | | | | | 138.24 |
| Account No. | | | | | | | | |
| **SEATEK 392 PACIFIC ST Stamford, CT 06902** | - | | | | | | | 6,717.78 |

Sheet no. __22__ of __29__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

7,861.33

B6F (Official Form 6F) (12/07) - Cont.

In re  **B.J. Esberner and Associates, Inc.**                                              ,     Case No. _____
                                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **SHOP VAC** **23348 NETWORK PLACE** **Chicago, IL 60673** | - | | | | | | | 217.00 |
| Account No. | | | | | | | | |
| **SKYLINK** **17 SHEARD AVE** **Brampton, Ontario** | - | | | | | | | 185.73 |
| Account No. | | | | | | | | |
| **SOUTHWEST AUTOMATED SECURITY** **10907 SHADY TRAIL** **ST#102** **Dallas, TX 75220** | - | | | | | | | 2,796.88 |
| Account No. | | | | | | | | |
| **STABILA INC** **PO BOX 402** **South Elgin, IL 60177** | - | | | | | | | 68,615.77 |
| Account No. | | | | | | | | |
| **STARRETT COMPANY** **14422 COLLECTIONS DR** **Chicago, IL 60693** | - | | | | | | | 185.13 |

Sheet no. __23__ of __29__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

72,000.51

B6F (Official Form 6F) (12/07) - Cont.

In re    **B.J. Esberner and Associates, Inc.**_____,    Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| STOUT TOOL CORP 12280 DIXIE RD Redford, MI 48239 | - | | | | | | 2,394.63 |
| Account No. | | | | | | | |
| SURPLESS DUNN & CO 2150 W LAWRENCE AVE Chicago, IL 60625 | - | | | | | | 250.20 |
| Account No. | | | | | | | |
| SURVEYORS INSTRUMENT SERVICE CO 2800 NORTH 16TH ST Phoenix, AZ 85006 | - | | | | | | 8,485.07 |
| Account No. | | | | | | | |
| SYR-TECH 325 WINDY POINT DR Glendale Heights, IL 60139 | - | | | | | | 1,968.11 |
| Account No. | | | | | | | |
| TALK-A-PHONE CO 7530 N NATCHEZ AVE Niles, IL 60714 | - | | | | | | 941.26 |

Sheet no. __24__ of __29__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **14,039.27**

B6F (Official Form 6F) (12/07) - Cont.

In re   **B.J. Esberner and Associates, Inc.**                                    ,   Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| TAYLOR PNEUMATIC 505 N RAILROAD AVE Boynton Beach, FL 33425 | - | | | | | | | 2,660.23 |
| Account No. | | | | | | | | |
| TEKTONE/RADIO SOUND CORP 207 SOUTH CHESTNUT Chebanese, IL 60922 | - | | | | | | | 2,977.49 |
| Account No. | | | | | | | | |
| TELPRO INC 7251 SOUTH 42 ST Grand Forks, ND 58201 | - | | | | | | | 1,970.57 |
| Account No. | | | | | | | | |
| THE GUTSTER LLC T212 LINCOLN BLVD Middlesex, NJ 08846 | - | | | | | | | 1,101.30 |
| Account No. | | | | | | | | |
| TODOL PRODUCTS 25 WASHINGTON AVE Natick, MA 01760 | - | | | | | | | 718.00 |

Sheet no. __25__ of __29__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

9,427.59

B6F (Official Form 6F) (12/07) - Cont.

In re  **B.J. Esberner and Associates, Inc.**                                    ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| TRACTEL GRIPHOIST DIVISION PO BOX 55811 Boston, MA 02284 | - | | | | | | | 2,444.96 |
| Account No. | | | | | | | | |
| TRIANGLE DISTRIBUTING P.O. BOX 1961 1060 FRONT AVE NW Grand Rapids, MI 49501 | - | | | | | | | 1,707.33 |
| Account No. | | | | | | | | |
| TURBINAIRE 1684 50TH AVE Lachine, Quebec | - | | | | | | | 113.85 |
| Account No. | | | | | | | | |
| UNITED PARCEL SERVICE LOCKBOX 577 Carol Stream, IL 60132 | - | | | | | | | 2,765.88 |
| Account No. | | | | | | | | |
| UNIVERSAL PURCHASING ASSOC PO BOX 2628 Greer, SC 29652 | - | | | | | | | 1,165.65 |

Sheet no. __26__ of __29__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

8,197.67

B6F (Official Form 6F) (12/07) - Cont.

In re     **B.J. Esberner and Associates, Inc.**                          ,     Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | - | | | | | | |
| **US AUTOMATIC** **2030 CENTURY CENTER BLVD** **SUITE 4** **Irving, TX 75062** | | | | | | | | 500.00 |
| Account No. | | | | | | | | |
| **US BANK** **PO BOX 790408** **St Louis, MO 63179** | X | - | | | | | | 4,845.37 |
| Account No. | | | | | | | | |
| **V-LINE** **370 EASY ST** **Simi Valley, CA 93065** | | - | | | | | | 13,555.03 |
| Account No. | | | | | | | | |
| **VF JEANSWEAR L. P.** **PO BOX 640017** **Pittsburgh, PA 15264** | | - | | | | | | 1,704.70 |
| Account No. | | | | | | | | |
| **WARNER** **13435 INDUSTRIAL PARK BLVD** **Plymouth, MN 55441** | | - | | | | | | 1,707.40 |

Sheet no. __27__ of __29__ sheets attached to Schedule of                                     Subtotal          | 22,312.50
Creditors Holding Unsecured Nonpriority Claims                                          (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re  **B.J. Esberner and Associates, Inc.**                                    ,          Case No. _____
                                                  Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **WELLMADE TOOL 3676 ENTERPRISE AVE Hayward, CA 94545** | | - | | | | | | 371.59 |
| Account No. 9324 **WELLS FARGO PO BOX 54349 Los Angeles, CA 90054** | X | - | | | | | | 617.99 |
| Account No. 5000 **WELLS FARGO PO BOX 54349 Los Angeles, CA 90054** | X | - | | | | | | 10,979.77 |
| Account No. **WESCO INDUSTRIAL PRODUCTS PO BOX 47 Lansdale, PA 19446** | | - | | | | | | 45,451.86 |
| Account No. **WHEELER MFG DIV OF PO BOX 688 3744 JEFFERSON RD Ashtabula, OH 44005** | | - | | | | | | 6,566.48 |

Sheet no. __28__ of __29__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

63,987.69

B6F (Official Form 6F) (12/07) - Cont.

In re **B.J. Esberner and Associates, Inc.** _____,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| WILTON TOOL GROUP 12476 COLLECTIONS CTR DR Chicago, IL 60693 | - | | | | | | | 2,566.46 |
| Account No. | | | | | | | | |
| WOBBLE LIGHT/PROBUILT 1170 ALLANSON RD Mundelein, IL 60060 | - | | | | | | | 798.48 |
| Account No. | | | | | | | | |
| XEROX PO BOX 802555 Chicago, IL 60680 | - | | | | | | | 222.57 |
| Account No. | | | | | | | | |
| ZAREBA SYSTEMS INC BOX 681109 Milwaukee, WI 53268 | - | | | | | | | 10,009.00 |
| Account No. | | | | | | | | |

Sheet no. __29__ of __29__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | Subtotal (Total of this page) | 13,596.51 |
|---|---|---|
| | Total (Report on Summary of Schedules) | 1,642,876.01 |

B6G (Official Form 6G) (12/07)

.

In re   **B.J. Esberner and Associates, Inc.**                                    ,   Case No. _____
                                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Colliers International Rems**<br>**23516 Network Pl**<br>**Chicago, IL 60637** | **Commercial lease** |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                    Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

.

In re   **B.J. Esberner and Associates, Inc.** _____,   Case No. _____
                                                         Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Bernie Esberner**<br>**6639 N. Oconto Ave.**<br>**Chicago, IL 60631** | **ADVANTA BUSINESS CARDS**<br>**PO BOX 8088**<br>**PHILADELPHIA, PA 19101-8088** |
| **Bernie Esberner**<br>**6639 N. Oconto Ave.**<br>**Chicago, IL 60631** | **AMERICAN EXPRESS BLUE**<br>**PO BOX 0001**<br>**LOS ANGELES, CA 90096-0001** |
| **Bernie Esberner**<br>**6639 N. Oconto Ave.**<br>**Chicago, IL 60631** | **AMERICAN EXPRESS**<br>**PO BOX 0001**<br>**LOS ANGELES, CA 90096-0001** |
| **Bernie Esberner**<br>**6639 N. Oconto Ave.**<br>**Chicago, IL 60631** | **BANK OF AMERICA**<br>**PO BOX 15710**<br>**WILMINGTON, DE 19886-5710** |
| **Bernie Esberner**<br>**6639 N. Oconto Ave.**<br>**Chicago, IL 60631** | **BANK OF AMERICA**<br>**PO BOX 15710**<br>**WILMINGTON, DE 19886-5710** |
| **Bernie Esberner**<br>**6639 N. Oconto Ave.**<br>**Chicago, IL 60631** | **BANK OF AMERICA**<br>**PO BOX 15710**<br>**WILMINGTON, DE 19886-5710** |
| **Bernie Esberner**<br>**6639 N. Oconto Ave.**<br>**Chicago, IL 60631** | **CITIBANK AADVANTAGE**<br>**PO BOX 6537**<br>**THE LAKES, NV 88901-6537** |
| **Bernie Esberner**<br>**6639 N. Oconto Ave.**<br>**Chicago, IL 60631** | **US BANK**<br>**PO BOX 790408**<br>**St Louis, MO 63179** |
| **Bernie Esberner**<br>**6639 N. Oconto Ave.**<br>**Chicago, IL 60631** | **WELLS FARGO**<br>**PO BOX 54349**<br>**Los Angeles, CA 90054** |
| **Bernie Esberner**<br>**6639 N. Oconto Ave.**<br>**Chicago, IL 60631** | **WELLS FARGO**<br>**PO BOX 54349**<br>**Los Angeles, CA 90054** |

**0**
____  continuation sheets attached to Schedule of Codebtors

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re   __B.J. Esberner and Associates, Inc._____

Debtor(s)

Case No. _____

Chapter   __7_____

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___41___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   __April 22, 2010_____

Signature   __/s/ Bernie Esberner_____
            __Bernie Esberner__
            __President__

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **B.J. Esberner and Associates, Inc.**                                    Case No.
                                           Debtor(s)        Chapter        **7**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$335,675.55** | **2010 YTD: Debtor Business Income** |
| **$1,455,940.04** | **2009: Debtor Business Income** |
| **$3,010,197.83** | **2008: Debtor Business Income** |

---

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                SOURCE

**3. Payments to creditors**

None
■

*Complete a. or b., as appropriate, and c.*

a.  *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
■

b.  *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None
☐

c.  *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Bernie Esberner**<br>**6639 N. Oconto Ave.**<br>**Chicago, IL 60631**<br>    **Creditor is President of Debtor Corp.** | **4/2010** | **$5,000.00** | **$0.00** |

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None
■

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|

None
■

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**5. Repossessions, foreclosures and returns**

None
■

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

**6. Assignments and receiverships**

None
■

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None
■

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

**7. Gifts**

None
■

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

**8. Losses**

None
■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

**9. Payments related to debt counseling or bankruptcy**

None
■

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

4

**10. Other transfers**

None ■   a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
| --- | --- | --- |

None ■   b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
| --- | --- | --- |

**11. Closed financial accounts**

None ■   List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

**12. Safe deposit boxes**

None ■   List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

**13. Setoffs**

None ■   List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

**14. Property held for another person**

None ■   List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

**15. Prior address of debtor**

None ■   If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

---

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

   "Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

   "Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

---

**18 . Nature, location and name of business**

None
☐

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

6

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|-------------------------------------------------------------------------------------------------|---------|--------------------|----------------------------|
| **B.J.** | **36-4158682** | **5707 W. Howard St. Niles, IL 60714** | **Online tool sales** | **1996-2010** |

None
■    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                         ADDRESS


The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

**19. Books, records and financial statements**

None
■    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                         DATES SERVICES RENDERED

None
■    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                         ADDRESS                         DATES SERVICES RENDERED

None
■    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                         ADDRESS

None
■    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                                         DATE ISSUED

---

**20. Inventories**

None
☐    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|-------------------|----------------------|------------------------------------------------------------------|
| **4/2010** | **Bernie Esberner** | **$12,000** |
| **12/2008** | **Bernie Esberner** | **$60,000** |

7

None
☐ b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|
| **4/2010** | **Debtor** |
| **12/2008** | **Debtor** |

---

**21 . Current Partners, Officers, Directors and Shareholders**

None
■ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None
☐ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Bernie Esberner** **6639 N. Oconto Ave.** **Chicago, IL 60631** | **President** | **100%** |

---

**22 . Former partners, officers, directors and shareholders**

None
■ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None
■ b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

---

**23 . Withdrawals from a partnership or distributions by a corporation**

None
■ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**24. Tax Consolidation Group.**

None
■ If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

8

**25. Pension Funds.**

None
■

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                    TAXPAYER IDENTIFICATION NUMBER (EIN)


### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP


I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.


Date **April 22, 2010**                        Signature    **/s/ Bernie Esberner**

                                                        **Bernie Esberner**
                                                        **President**


[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]


*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

## United States Bankruptcy Court
### Northern District of Illinois

In re   **B.J. Esberner and Associates, Inc.**      Case No. _____

                                Debtor(s)      Chapter    **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 0.00 |
| Prior to the filing of this statement I have received | $ | 0.00 |
| Balance Due | $ | 0.00 |

2.   $   **0.00**   of the filing fee has been paid.

3.   The source of the compensation paid to me was:

     ■ Debtor      ☐ Other (specify):

4.   The source of compensation to be paid to me is:

     ■ Debtor      ☐ Other (specify):

5.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d.   [Other provisions as needed]

7.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    **April 22, 2010**                      **/s/ Ben Schneider**

                                                   **Ben Schneider**
                                                   **Schneider & Stone**
                                                   **8424 Skokie Blvd.**
                                                   **Suite 200**
                                                   **Skokie, IL 60077**
                                                   **847-933-0300  Fax: 847-676-2676**
                                                   **ben@windycitylawgroup.com**

# United States Bankruptcy Court
## Northern District of Illinois

In re  **B.J. Esberner and Associates, Inc.**

Debtor(s)

Case No.

Chapter  **7**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:  **146**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:  **April 22, 2010**

**/s/ Bernie Esberner**

**Bernie Esberner/President**
Signer/Title

AAA COOPER TRANSPORTATION
PO BOX 102442
Atlanta, GA 30368-2442


ABF FREIGHT SYSTEM INC
2943 E WIEDING RD
TUCSON, AZ 85706-5937


ADVANTA BUSINESS CARDS
PO BOX 8088
PHILADELPHIA, PA 19101-8088


AGL CORP
3355 SOLUTIONS CENTER
JACKSONVILLE, IL 60677-3003


ALBION ENGINEERING CO
1250 N CHURCH ST
MOORESTOWN, NJ 08057


AMAZON.COM
1516 2nd Avenue
Seattle, WA 98101


AMERICAN EXPRESS
PO BOX 0001
LOS ANGELES, CA 90096-0001


AMERICAN EXPRESS
PO Box 53852
Phoenix, AZ 85072-3852


AMERICAN EXPRESS BLUE
PO BOX 0001
LOS ANGELES, CA 90096-0001


AMEX MERCHANT
PO BOX 53852
Phoenix, AZ 85072


ANTECH CORP
4261 S COUNTRY CLUB
TUCSON, AZ 85714-2209

BAC INDUSTRIES
PO BOX 5236
HOPKINS, MN 55343


BANK OF AMERICA
PO BOX 15710
WILMINGTON, DE 19886-5710


BD LOOPS
5362 BOLSA AVE
UNIT C
HUNTINGTON BEACH, CA 92649


BEA INC
2330 Brickvale Dr.
Elk Grove Village, IL 60007


Bernie Esberner
6639 N. Oconto Ave.
Chicago, IL 60631


BOULDER BAG CO
224 WEST 4860
SOUTH MURRAY, UT 84107-7952


BOURN TOUGH
371 MCDOWELL DR
EAST BRUNSWICK, NJ 08816


BUCKET DOLLY INC
PO BOX 88661
BOCA RATON, FL 33488


BUFFALO TOOLS
1220 NORTH PRICE RD
Saint Louis, MO 63132


BUILDER'S WORLD WHOLESALE
PO BOX 2285
WAUKESHA, WI 53187


C.H. HANSON CO
2000 N AURORA RD
NAPERVILLE, IL 60563-8793

CALCULATED INDUSTRIES
4840 HYTECH DR
CARSON CITY, NV 89706


CAMPBELL HAUSFELD - AIR TOOLS
PO BOX 710797
CINCINNATI, OH 45271-0797


CAMPBELL HAUSFELD - POWERED PROD
PO BOX 710797
CINCINNATI, OH 45271-0797


CANNON SAFE/GUNVAULT
19949 KENDALL DRIVE
SAN BERNADINO, CA 92407


CENTRAL BUILDERS SUPPLY
ATT: DEBBIE M
6800 N W 22ND ST
GAINESVILLE, FL 32653


CENTRAL TOOLS
456 WELLINGTON AVE
CRANSTON, RI 02910


CHAMBERLAIN GROUP INC
PO BOX 99152
CHICAGO, IL 60693


CHASE
PO BOX 9001022
LOUISVILLE, KY 40290-1022


CHASE
PO BOX 78035
PHOENIX, AZ 78035


CHASE
PO BOX 9001020
LOUSIVILLE, KY 40290-1020


CHASE
PO BOX 15153
WILMINGTON, DE 19886-5153

CHASE PAYMENTECH
PO BOX 6600
Hagerstown, MD 21741


CHICAGO CASE COMPANY
4446 S ASHLAND AVE
CHICAGO, IL 60609


CITIBANK AADVANTAGE
PO BOX 6537
THE LAKES, NV 88901-6537


COLLIERS INTERNATIONAL REMS
23516 NETWORK PL
CHICAGO, IL 60673-1235


Colliers International Rems
23516 Network Pl
Chicago, IL 60637


COM-SAL INC
11723 NORTHLINE IND DR
MARYLAND HEIGHTS, MO 63043


CONSTRUCTION ELECTRICAL PRODUCTS
7800 LAS POSITAS RD
LIVERMORE, CA 94551


CRICK TOOL
17785 FM 773
BEN WHEELER, TX 75754


CRYSTAL QUEST
2130 NORTHWEST PARKWAY
STE I
MARIETTA, GA 30067


CST CORP
PO BOX 0532113
ATLANTA, GA 30353-2113


CURRENT TOOLS
PO BOX 17026
GREENVILLE, SC 29606

D-CUT - ACTO INC
1432 BROOK DR
LOMBARD, IL 60515


DAN LIPMAN & ASSOCIATES INC
5 TAYLOR COURT
LOCUST VALLEY, NY 11560


DBI SALA
PO BOX 1450
MINNEAPOLIS, MN 55485-7502


DIAMOND PRODUCTS
PO BOX 74454
CLEVELAND, OH 44194-4454


DISCOVER CARD  PERSONAL
PO BOX 6103
CAROL STREAM, IL 60197-0124


DITEQ/DIAMOND TOOLS & EQUIPMENT
1250 NW MAIN ST
LEE'S SUMMIT, MO 64086


DOORJAK / HARDNOX LLC
3024 DE LA VINA ST
SUITE D
SANTA BARBARA, CA 93105


DORENE GATE OPENERS
1199 NORTH GROVE ST
ANAHEIM, CA 92806


EAGLE ACCESS CONTROL SYSTEM
13745 SATICOY ST
VAN NUYS, CA 91402


ENDEAVOR TOOL COMPANY
18 WORCESTER ST
West Boylston, MA 01583


GENERAL EQUIPMENT
PO BOX 334
620 ALEXANDER DR SW
OWATONNA, MN 55060

GENERAL TOOLS & INSTRUMENTS
80 WHITE ST
NEW YORK, NY 10013-3567


GOOGLE ADWORDS
1600 Amphitheatre Parkway
Mountain View, CA 94043


GTO INC
PO BOX 535076
ATLANTA, GA 30353


GUARDIAN GATE HARDWARE
4261 SOUTH COUNTRY CLUB RD
TUCSON, AZ 85714-2009


HARRIS N.A.
PO BOX 6290
CAROL STREAM, IL 60197-6290


HOSETRACT
PO BOX 80008
FORT WAYNE, IN 46898


HUSQVARNA CONSTRUCTION PRODUCTS
PO BOX 2771
CAROL STREAM, IL 60132-2771


ICS, BLOUNT INC
PO BOX 404298
ATLANTA, GA 30384-4298


IL DEPT OF REVENUE RETAILERS
IL DEPT OF REVENUE RETAILERS OCCTAX
SPRINGFIELD, IL 62796


IMER USA INC
221 Westhampton Place
Capitol Heights, MD 20743


JENNY & EMGLO AIR COMPRESSORS
850 N PLEASANT AVE
SOMERSET, PA 15501

JOHNSON LEVEL & TOOL MFG. CO., INC
6333 W DONGES BAY RD
MEQUON, WI 53092-4456


KESON INDUSTRIES
810 COMMERCE
Aurora, IL 60504


KETEC, INC.
1256 N. CHURCH STREET
Unit A
MOORESTOWN, NJ 08057


KJB SECURITY PRODUCTS
841-B FESSLERS PARKWAY
Nashville, TN 37210


KRAFT TOOL INC
PO BOX 860230
Shawnee, KS 66286-0230


LAGASSE BROTHERS
1339 SOLUTIONS CTR
Chicago, IL 60077-1003


LANDMANN USA
101 OLD MILL RD BLDG 300
Cartersville, GA 30120


LASER JAMB INC
3725 IRONGATE RD
STE 105
Bellingham, WA 98226


LASER PRODUCTS INDS INC
1335 LAKESIDE DR
Romeoville, IL 60446


LASER REFERENCE
151 MARTINVALE LN
San Jose, CA 95119


LASERKERF
669 BURTON PIKE
Georgetown, KY 40324

LEICA
PO BOX 536874
Atlanta, GA 39353-6874


LENGEMANN POSITIONING SOLUTIONS
P.O. BOX 496
Niles, MI 49120


LOUISVILLE LADDER
PO BOX 7247-6048
PHILADELPHIA, PA 19170-6048


MANUFACTURERS SALES CO
PO BOX 2064
Texarkana, TX 75504-2064


MARLEY ENGINEERED PRODUCTS
PO BOX 99124
Chicago, IL 60693


MAXONICS INDUSTRIAL NETWORK
20651 GOLDEN SPRINGS DR
Walnut, CA 91789


MIDWEST PRO MARKETING
19027 JODI ROAD
UNIT#1
Mokena, IL 60448


MILLER EDGE INC
PO BOX 159  RD
300 NORTH JENNERSVILLE
West Grove, PA 19390


MINDEN GRILL COMPANY
2222 2E PARK PLACE
Minden, NV 89423


MK DIAMOND
DEPT 8247
LOS ANGELES, CA 90084-8247


MOBLO ENTERPRISE LLC
09758 ELSWORTH RD
East Jordan, MI 49727

MRO SOLUTIONS
5645 WEST HOWARD ST
Niles, IL 60714


MS SEDCO
8701 CASTLE PARK DRIVE
Indianapolis, IN 46256


MUZZY & PETERS
486 W WRIGHTWOOD AVE
Elmhurst, IL 60126


NED
PO BOX 1461
Brattleboro, VT 05302-1461


NICOR
PO BOX 0632
Aurora, IL 60507-0632


NORTHWEST LASER
2200 UNIVERSITY AVE
SUITE 100
St Paul, MN 55114


PACH & COMPANY
941 CALLE NEGOCIO
San Clemente, CA 92673


PACIFIC LASER SYSTEMS, LLC
2550 KERNER BLVD
San Rafaek, CA 94901


PRECISION DESIGNED PRODUCTS
2807 OREGON COURT
SUITE F1
Torrance, CA 90503


PRECISION INSTRUMENTS INC
PO BOX 1306
Des Plaines, IL 60017


PRO-CUT
PO Box 0070
Pittsburgh, PA 15264

QEP CO INC
1001 BROKEN SOUND PRKWY NW
Boca Raton, FL 33487


QUAL-CRAFT INDUSTRIES INC
PO BOX 36 60 MAPLE ST
Mansfield, MA 02048


QUICK ANGLE INC
36875 BACHELOR FLATS
North Creston, WA 99117


QUIKPOINT
23B BRADFORD ST
Concord, NA 01742


RAMSET AUTOMATIC GATE SYSTEMS
9116 DE GARMO AVE
Sun Valley, CA 91352


ROBERTS TOOL
16 MIDLAND AVENUE
Elmwood Park, NJ 07407


ROYALMARC CORP
160-B COMMERCE RD
Boynton Beach, FL 33426


RTC FALL PROTECTION
ONE SELLSTROM DR
Palatine, IL 60067


SCHONSTEDT
100 EDMOND RD
Kearneysville, WV 25430


SE-KURE CONTROLS INC
3714 RUNGE ST
Franklin Park, IL 60131


SEA USA INC
10850 NW 21ST
BLDG 160
Miami, FL 33172

SEATEK
392 PACIFIC ST
Stamford, CT 06902


SHOP VAC
23348 NETWORK PLACE
Chicago, IL 60673


SKYLINK
17 SHEARD AVE
Brampton, Ontario


SOUTHWEST AUTOMATED SECURITY
10907 SHADY TRAIL
ST#102
Dallas, TX 75220


STABILA INC
PO BOX 402
South Elgin, IL 60177


STARRETT COMPANY
14422 COLLECTIONS DR
Chicago, IL 60693


STOUT TOOL CORP
12280 DIXIE RD
Redford, MI 48239


SURPLESS DUNN & CO
2150 W LAWRENCE AVE
Chicago, IL 60625


SURVEYORS INSTRUMENT SERVICE CO
2800 NORTH 16TH ST
Phoenix, AZ 85006


SYR-TECH
325 WINDY POINT DR
Glendale Heights, IL 60139


TALK-A-PHONE CO
7530 N NATCHEZ AVE
Niles, IL 60714

TAYLOR PNEUMATIC
505 N RAILROAD AVE
Boynton Beach, FL 33425


TEKTONE/RADIO SOUND CORP
207 SOUTH CHESTNUT
Chebanese, IL 60922


TELPRO INC
7251 SOUTH 42 ST
Grand Forks, ND 58201


THE GUTSTER LLC
T212 LINCOLN BLVD
Middlesex, NJ 08846


TODOL PRODUCTS
25 WASHINGTON AVE
Natick, MA 01760


TRACTEL GRIPHOIST DIVISION
PO BOX 55811
Boston, MA 02284


TRIANGLE DISTRIBUTING
P.O. BOX 1961
1060 FRONT AVE NW
Grand Rapids, MI 49501


TURBINAIRE
1684 50TH AVE
Lachine, Quebec


UNITED PARCEL SERVICE
LOCKBOX 577
Carol Stream, IL 60132


UNIVERSAL PURCHASING ASSOC
PO BOX 2628
Greer, SC 29652


US AUTOMATIC
2030 CENTURY CENTER BLVD
SUITE 4
Irving, TX 75062

US BANK
PO BOX 790408
St Louis, MO 63179


V-LINE
370 EASY ST
Simi Valley, CA 93065


VF IMAGEWEAR INC
PO BOX 640396
Pittsburgh, PA 15264


VF JEANSWEAR L. P.
PO BOX 640017
Pittsburgh, PA 15264


WARNER
13435 INDUSTRIAL PARK BLVD
Plymouth, MN 55441


WELLMADE TOOL
3676 ENTERPRISE AVE
Hayward, CA 94545


WELLS FARGO
PO BOX 54349
Los Angeles, CA 90054


WESCO INDUSTRIAL PRODUCTS
PO BOX 47
Lansdale, PA 19446


WHEELER MFG DIV OF
PO BOX 688
3744 JEFFERSON RD
Ashtabula, OH 44005


WILTON TOOL GROUP
12476 COLLECTIONS CTR DR
Chicago, IL 60693


WOBBLE LIGHT/PROBUILT
1170 ALLANSON RD
Mundelein, IL 60060

```
XEROX
PO BOX 802555
Chicago, IL 60680


ZAREBA SYSTEMS INC
BOX 681109
Milwaukee, WI 53268


Zareba Systems, Inc
PO Box 681109
Milwaukee, WI 53268-1109
```

# United States Bankruptcy Court
## Northern District of Illinois

In re    **B.J. Esberner and Associates, Inc.**

Debtor(s)

Case No.

Chapter    **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for    **B.J. Esberner and Associates, Inc.**    in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**April 22, 2010**

Date

**/s/ Ben Schneider**

**Ben Schneider**

Signature of Attorney or Litigant

Counsel for    **B.J. Esberner and Associates, Inc.**

**Schneider & Stone**
**8424 Skokie Blvd.**
**Suite 200**
**Skokie, IL 60077**
**847-933-0300 Fax:847-676-2676**
**ben@windycitylawgroup.com**