Hearing Date: Fgego dgt 42. 4233
Hearing Time: 32:22 c0b 0
Location: 219 S. Dearborn St., Courtroom 966
Chicago, IL 60604

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
## DIVISION

In re:                                §          Ejcrvgt 9
                                      §
B.J. ESBERNER AND ASSOCIATES, INC.    §     Case No. 10-17968
                                      §
                Debtor(s)             §          Jqp0Gwigpg T0Ygfqhh

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter ___ of the United States Bankruptcy Code was filed on ___. The undersigned trustee was appointed on ___.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of              $

   Funds were disbursed in the following amounts:

   Payments made under an interim
   disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]                $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ _____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ _____ as interim compensation and now requests a sum of $ _____, for a total compensation of $ _____ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ _____, and now requests reimbursement for expenses of $ _____, for total expenses of $ _____ [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____  By:/s/Joseph A. Baldi, Trustee_____
                                         Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit A

| Case No: | 10-17968 | ERW | Judge: Eugene R. Wedoff | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|---|---|
| Case Name: | B.J. ESBERNER AND ASSOCIATES, INC. | | | Date Filed (f) or Converted (c): | 04/22/10 (f) |
| | | | | 341(a) Meeting Date: | 06/21/10 |
| For Period Ending: | 10/28/11 | | | Claims Bar Date: | 09/23/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property<br>Abandoned<br>OA=554(a) Abandon<br>DA=554(c) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 1. Post-Petition Interest Deposits (u) | Unknown | N/A | | 2.68 | Unknown |
| 2. Parkway Bank Checking | 6,793.54 | 4,136.66 | | 4,136.66 | FA |
| 3. Parkway Bank Checking | 129.00 | 0.00 | | 0.00 | FA |
| 4. Parkway Bank CD | 10,553.00 | 0.00 | | 0.00 | FA |
|    Acct #7130014418 | | | | | |
|    secured by line of credit with bank | | | | | |
| 5. Accounts receivable | 2,000.00 | 0.00 | | 0.00 | FA |
|    Not collectable | | | | | |
| 6. Accounts receivable | 8,368.00 | 0.00 | | 0.00 | FA |
|    Not collectable | | | | | |
| 7. Office furniture | 2,000.00 | 100.00 | | 100.00 | FA |
| 8. Tools owned outright | 10,638.00 | 900.00 | | 900.00 | FA |
| 9. Tools in payment | 2,000.00 | 0.00 | | 0.00 | FA |
| 10. REFUND - Utility (ComEd) (u) | 0.00 | 549.14 | | 549.14 | FA |
| 11. INTELLECTUAL PROPERTY (u) | 0.00 | 5,250.00 | | 5,250.00 | FA |
|    Trustee obtained court authority (5/25/10) to sell domain names | | | | | |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $42,481.54 | $10,935.80 | | $10,938.48 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee obtained court authority to sell the Debtor's domain name and inventory; Trustee issued a subpoena to the
Debtor's former bank to investigate potential assets; Trustee investigated potential preferences-no recoverable

LFORM1  UST Form 101-7-TFR (5/1/2011) *(Page: 3)*  Ver: 16.04c

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 2

Exhibit A

| | | | |
|---|---|---|---|
| Case No: | 10-17968    ERW    Judge: Eugene R. Wedoff | Trustee Name: | Joseph A. Baldi, Trustee |
| Case Name: | B.J. ESBERNER AND ASSOCIATES, INC. | Date Filed (f) or Converted (c): | 04/22/10 (f) |
| | | 341(a) Meeting Date: | 06/21/10 |
| | | Claims Bar Date: | 09/23/10 |

transfers; Trustee resolved claim issues. Trustee filed Estate tax returns

Initial Projected Date of Final Report (TFR): 10/31/11      Current Projected Date of Final Report (TFR): 11/15/11

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit B

| Case No: | 10-17968 -ERW | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|
| Case Name: | B.J. ESBERNER AND ASSOCIATES, INC. | Bank Name: | Bank of America, N.A. |
| | | Account Number / CD #: | *******6341 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******8682 | | |
| For Period Ending: | 10/28/11 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | | | 0.00 |
| 05/17/10 | 11 | Johnson Tool<br>6333 W. Donges Bay<br>Mequon WI 53092 | Sale Proceeds - Domain Names | 5,250.00 | | | | | 5,250.00 |
| 05/28/10 | 1 | Bank of America, N.A. | Interest Rate 0.030 | | 0.05 | | | | 5,250.05 |
| 06/11/10 | 2 | Parkway Bank & Trust Co.<br>4800 • Harlem Ave<br>Harwood Heights, IL 60706 | DEBTOR'S BANK ACCOUNT | 4,136.66 | | | | | 9,386.71 |
| 06/30/10 | 1 | Bank of America, N.A. | Interest Rate 0.030 | | 0.18 | | | | 9,386.89 |
| 07/21/10 | 7, 8 | BERNARD J ESBERNER, JR<br>6639 N. Oconto Ave<br>Chicago, IL 60631 | SALE PROCEEDS: INVENTORY | 500.00 | | | | | 9,886.89 |
| 07/30/10 | 1 | Bank of America, N.A. | Interest Rate 0.030 | | 0.23 | | | | 9,887.12 |
| 08/02/10 | 10 | COMED<br>P.O. BOX 805379<br>CHICAGO, IL 60680-5379 | Refund - Utility | 549.14 | | | | | 10,436.26 |
| 08/27/10 | 7, 8 | BERNARD J ESBERNER, JR<br>6639 N. Oconto Ave<br>Chicago, IL 60631 | SALE PROCEEDS: INVENTORY | 500.00 | | | | | 10,936.26 |
| 08/27/10 | | Transfer to Acct #*******6464 | Bank Funds Transfer<br>Transfer funds for payment of allowed<br>administrative expense to B. Esberner for removal<br>of Property. | | | | | -700.00 | 10,236.26 |
| 08/31/10 | 1 | Bank of America, N.A. | Interest Rate 0.030 | | 0.27 | | | | 10,236.53 |
| 09/30/10 | 1 | Bank of America, N.A. | Interest Rate 0.030 | | 0.25 | | | | 10,236.78 |
| 10/29/10 | 1 | Bank of America, N.A. | Interest Rate 0.030 | | 0.25 | | | | 10,237.03 |
| 11/30/10 | 1 | Bank of America, N.A. | Interest Rate 0.030 | | 0.26 | | | | 10,237.29 |
| 12/31/10 | 1 | Bank of America, N.A. | Interest Rate 0.030 | | 0.26 | | | | 10,237.55 |
| 01/31/11 | 1 | Bank of America, N.A. | Interest Rate 0.030 | | 0.26 | | | | 10,237.81 |
| 02/28/11 | 1 | Bank of America, N.A. | Interest Rate 0.010 | | 0.08 | | | | 10,237.89 |
| 03/16/11 | | Transfer to Acct #*******6464 | Bank Funds Transfer | | | | | -14.23 | 10,223.66 |
| 03/31/11 | 1 | Bank of America, N.A. | Interest Rate 0.010 | | 0.09 | | | | 10,223.75 |

**UST Form 101-7-TFR (5/1/2011)** *(Page: 5)*
LFORM2XT

Ver: 16.04c

FORM 2

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 10-17968 -ERW | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|
| Case Name: | B.J. ESBERNER AND ASSOCIATES, INC. | Bank Name: | Bank of America, N.A. |
| | | Account Number / CD #: | *******6341 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******8682 | | |
| For Period Ending: | 10/28/11 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |
| 04/29/11 | 1 | Bank of America, N.A. | Interest Rate 0.010 | | 0.08 | | | | 10,223.83 |
| 05/31/11 | 1 | Bank of America, N.A. | Interest Rate 0.010 | | 0.09 | | | | 10,223.92 |
| 06/30/11 | 1 | Bank of America, N.A. | Interest Rate 0.010 | | 0.08 | | | | 10,224.00 |
| 07/29/11 | 1 | Bank of America, N.A. | Interest Rate 0.010 | | 0.08 | | | | 10,224.08 |
| 08/31/11 | 1 | Bank of America, N.A. | Interest Rate 0.010 | | 0.09 | | | | 10,224.17 |
| 09/30/11 | 1 | Bank of America, N.A. | Interest Rate 0.010 | | 0.08 | | | | 10,224.25 |

| Account *******6341 | | Balance Forward | 0.00 | | 0 Checks | 0.00 |
|---|---|---|---|---|---|---|
| | 5 | Deposits | 10,935.80 | | 0 Adjustments Out | 0.00 |
| | 17 | Interest Postings | 2.68 | | 2 Transfers Out | 714.23 |
| | | Subtotal | $ 10,938.48 | | Total | $ 714.23 |
| | 0 | Adjustments In | 0.00 | | | |
| | 0 | Transfers In | 0.00 | | | |
| | | Total | $ 10,938.48 | | | |

FORM 2

Page: 3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 10-17968 -ERW | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|
| Case Name: | B.J. ESBERNER AND ASSOCIATES, INC. | Bank Name: | Bank of America, N.A. |
| | | Account Number / CD #: | *******6464 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******8682 | | |
| For Period Ending: | 10/28/11 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | | | 0.00 |
| 08/27/10 | | Transfer from Acct #*******6341 | Bank Funds Transfer<br>Transfer funds for payment of allowed administrative expense to B. Esberner for removal of Property. | | | | | 700.00 | 700.00 |
| 08/27/10 | 001001 | BERNARD J ESBERNER, JR<br>6639 N. Oconto Ave<br>Chicago, IL 60631 | Removal Costs<br>Allowed per ct order dtd 8-10-10 | | | 700.00 | | | 0.00 |
| 03/16/11 | | Transfer from Acct #*******6341 | Bank Funds Transfer | | | | | 14.23 | 14.23 |
| 03/16/11 | 001002 | International Sureties<br>701 Poydras Street #420<br>New Orleans, LA 70139 | Bond Premium | | | 14.23 | | | 0.00 |

| Account *******6464 | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|
| | 0 Deposits | 0.00 | | 2 Checks | 714.23 |
| | 0 Interest Postings | 0.00 | | 0 Adjustments Out | 0.00 |
| | | | | 0 Transfers Out | 0.00 |
| | Subtotal | $ 0.00 | | | |
| | | | | Total | $ 714.23 |
| | 0 Adjustments In | 0.00 | | | |
| | 2 Transfers In | 714.23 | | | |
| | Total | $ 714.23 | | | |

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 10-17968 -ERW | | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|---|
| Case Name: | B.J. ESBERNER AND ASSOCIATES, INC. | | Bank Name: | Bank of America, N.A. |
| | | | Account Number / CD #: | *******6464  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******8682 | | | |
| For Period Ending: | 10/28/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |

| | | | | | |
|---|---|---|---|---|---|
| Report Totals | Balance Forward | 0.00 | 2 Checks | 714.23 | |
| | 5 Deposits | 10,935.80 | 0 Adjustments Out | 0.00 | |
| | 17 Interest Postings | 2.68 | 2 Transfers Out | 714.23 | |
| | Subtotal | $ 10,938.48 | Total | $ 1,428.46 | |
| | 0 Adjustments In | 0.00 | | | |
| | 2 Transfers In | 714.23 | | | |
| | Total | $ 11,652.71 | Net Total Balance | $ 10,224.25 | |

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: October 28, 2011 |
|---|---|---|---|---|---|---|

Case Number: 10-17968  
Debtor Name: B.J. ESBERNER AND ASSOCIATES, INC.  
Priority Sequence (No Pay Hold)

| Code # | Creditor Name & Address | Claim Class / Notes | | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 001<br>2990-00 | BERNARD J ESBERNER, JR<br>6639 N. Oconto Ave<br>Chicago, IL 60631 | Administrative<br>Allowed Per Court Order dtd. 8-10-10 | | $0.00 | $700.00 | $700.00 |
| 001<br>2100-00 | JOSEPH A. BALDI , as Trustee<br>19 S. LaSalle Street<br>Suite 1500<br>Chicago, Illinois 60603 | Administrative | | $0.00 | $1,843.85 | $1,843.85 |
| 001<br>3410-00 | Popowcer Katten, Ltd<br>35 E. Wacker Drive<br>Suite 1550<br>Chicago, Il 60601-2207 | Administrative | | $0.00 | $945.00 | $945.00 |
| 001<br>3110-00 | Baldi Berg & Wallace, Ltd.<br>19 S. LaSalle St.<br>Suite 1500<br>Chicago, IL 60603 | Administrative | | $0.00 | $6,896.50 | $6,896.50 |
| 001<br>3120-00 | Baldi Berg & Wallace, Ltd.<br>19 S. LaSalle St.<br>Suite 1500<br>Chicago, IL 60603 | Administrative | | $0.00 | $81.54 | $81.54 |
| BOND<br>001<br>2300-00 | International Sureties<br>701 Poydras Street #420<br>New Orleans, LA 70139 | Administrative | | $0.00 | $14.23 | $14.23 |
| 000012B<br>052<br>5200-00 | LOUISVILLE LADDER<br>PO BOX 7247-6048<br>PHILADELPHIA, PA 19170-6048 | Priority<br>Reclamation claim-costs to estate to file objection to claim would exceed value of claim | | $0.00 | $497.08 | $497.08 |
| 000038<br>058<br>5800-00 | Illinois Department of Employment Security<br>33 South State Street 10th Floor<br>Chicago, Illinois 60603<br>Attn. Amelia Yabes | Priority<br>(38-1) Unemployment Tax | | $0.00 | $150.31 | $150.31 |
| 000001<br>070<br>7100-00 | ALBION ENGINEERING CO<br>C/O Jennifer L Story Esquire<br>Archer & Greiner PC<br>One Centennial Square<br>Haddonfield, NJ 08033 | Unsecured<br>(1-1) Modified on 5/26/2010 to correct creditor's address (ah). | | $4,599.49 | $2,313.66 | $2,313.66 |
| 000002<br>070<br>7100-00 | Controlled Products Systems Group<br>5000 Osage Street, Suite 500<br>Denver, CO 80221 | Unsecured | | $0.00 | $4,941.92 | $4,941.92 |
| 000003<br>070<br>7100-00 | ICS Division of Blount Ill<br>Attn Maren Anderson Wymore<br>4909 SE International Way<br>Portlan, OR 97222 | Unsecured | | $6,688.69 | $6,688.69 | $6,688.69 |

| Page 2 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: October 28, 2011 |
|---|---|---|---|---|---|---|

Case Number: 10-17968  
Debtor Name: B.J. ESBERNER AND ASSOCIATES, INC.  
Priority Sequence (No Pay Hold)

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000004<br>070<br>7100-00 | UNITED PARCEL SERVICE<br>c/o RMS Bankruptcy Recovery Services<br>P.O. Box 4396<br>Timonium, Maryland 21094 | Unsecured | | $2,765.88 | $1,133.70 | $1,133.70 |
| 000005<br>070<br>7100-00 | Bernie Esberner<br>6639 N. Oconto Ave.<br>Chicago, IL 60631 | Unsecured | | $493,688.48 | $609,000.00 | $609,000.00 |
| 000006<br>070<br>7100-00 | SYR-TECH<br>325 WINDY POINT DR<br>Glendale Heights, IL 60139 | Unsecured | | $1,968.11 | $941.26 | $941.26 |
| 000007<br>070<br>7100-00 | WESCO INDUSTRIAL PRODUCTS<br>PO BOX 47<br>Lansdale, PA 19446 | Unsecured | | $45,451.86 | $6,480.08 | $6,480.08 |
| 000008<br>070<br>7100-00 | STABILA INC<br>PO BOX 402<br>South Elgin, IL 60177 | Unsecured | | $68,615.77 | $185.13 | $185.13 |
| 000009<br>070<br>7100-00 | CST CORP<br>PO BOX 0532113<br>ATLANTA, GA 30353-2113 | Unsecured | | $11,599.00 | $11,724.04 | $11,724.04 |
| 000010<br>070<br>7100-00 | JENNY & EMGLO AIR COMPRESSORS<br>850 N PLEASANT AVE<br>SOMERSET, PA 15501 | Unsecured | | $4,139.54 | $2,102.37 | $2,102.37 |
| 000011<br>070<br>7100-00 | HOSETRACT<br>PO BOX 80008<br>FORT WAYNE, IN 46898 | Unsecured | | $607.50 | $607.50 | $607.50 |
| 000012A<br>070<br>7100-00 | LOUISVILLE LADDER<br>PO BOX 7247-6048<br>PHILADELPHIA, PA 19170-6048 | Unsecured | | $2,463.99 | $2,463.99 | $2,463.99 |
| 000013<br>070<br>7100-00 | MILLER EDGE INC<br>PO BOX 159 RD<br>300 NORTH JENNERSVILLE<br>West Grove, PA 19390 | Unsecured | Amended claim filed 7/6/11 | $1,637.57 | $1,637.57 | $1,637.57 |
| 000014<br>070<br>7100-00 | Husqvarna Construction Products NA<br>17400 West 119th Street<br>Olathe, KS 66061 | Unsecured | | $34,327.90 | $34,970.99 | $34,970.99 |
| 000015<br>070<br>7100-00 | BUILDER'S WORLD WHOLESALE<br>PO BOX 2285<br>WAUKESHA, WI 53187 | Unsecured | | $153.74 | $153.74 | $153.74 |
| 000016<br>070<br>7100-00 | CALCULATED INDUSTRIES<br>4840 HYTECH DR<br>CARSON CITY, NV 89706 | Unsecured | | $62.05 | $62.05 | $62.05 |

| Page 3 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: October 28, 2011 |
|---|---|---|---|---|---|---|

Case Number: 10-17968  
Debtor Name: B.J. ESBERNER AND ASSOCIATES, INC.  
Priority Sequence (No Pay Hold)

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000017<br>070<br>7100-00 | CRYSTAL QUEST<br>2130 NORTHWEST PARKWAY<br>STE I<br>MARIETTA, GA 30067 | Unsecured | | $1,508.90 | $1,014.90 | $1,014.90 |
| 000018<br>070<br>7100-00 | EAGLE ACCESS CONTROL<br>SYSTEM<br>13745 SATICOY ST<br>VAN NUYS, CA 91402 | Unsecured | | $1,446.50 | $562.50 | $562.50 |
| 000019<br>070<br>7100-00 | MARLEY ENGINEERED<br>PRODUCTS<br>PO BOX 99124<br>Chicago, IL 60693 | Unsecured | | $1,819.50 | $1,819.50 | $1,819.50 |
| 000020<br>070<br>7100-00 | CONSTRUCTION ELECTRICAL<br>PRODUCTS<br>7800 LAS POSITAS RD<br>LIVERMORE, CA 94551 | Unsecured | | $397.28 | $397.28 | $397.28 |
| 000021<br>070<br>7100-00 | CRICK TOOL<br>17785 FM 773<br>BEN WHEELER, TX 75754 | Unsecured | | $87.63 | $87.63 | $87.63 |
| 000022<br>070<br>7100-00 | BD LOOPS<br>5362 BOLSA AVE<br>UNIT C<br>HUNTINGTON BEACH, CA 92649 | Unsecured | | $1,156.92 | $1,156.92 | $1,156.92 |
| 000023<br>070<br>7100-00 | TODOL PRODUCTS<br>25 WASHINGTON AVE<br>Natick, MA 01760 | Unsecured | | $718.00 | $2,454.96 | $2,454.96 |
| 000024<br>070<br>7100-00 | BOULDER BAG CO<br>224 WEST 4860<br>SOUTH MURRAY, UT 84107-7952 | Unsecured | | $1,106.71 | $1,060.09 | $1,060.09 |
| 000025<br>070<br>7100-00 | SOUTHWEST AUTOMATED<br>SECURITY<br>10907 SHADY TRAIL<br>ST#102<br>Dallas, TX 75220 | Unsecured | | $2,796.88 | $68,038.03 | $68,038.03 |
| 000026<br>070<br>7100-00 | CENTRAL BUILDERS SUPPLY<br>ATT: DEBBIE M<br>6800 N W 22ND ST<br>GAINESVILLE, FL 32653 | Unsecured | | $5,573.48 | $2,690.46 | $2,690.46 |
| 000027<br>070<br>7100-00 | WOBBLE LIGHT/PROBUILT<br>1170 ALLANSON RD<br>Mundelein, IL 60060 | Unsecured | | $798.48 | $222.57 | $222.57 |
| 000028<br>070<br>7100-00 | COM-SAL INC<br>11723 NORTHLINE IND DR<br>MARYLAND HEIGHTS, MO 63043 | Unsecured | | $346.00 | $346.00 | $346.00 |

| | | | EXHIBIT C | | | |
|---|---|---|---|---|---|---|
| Page 4 | | | ANALYSIS OF CLAIMS REGISTER | | | Date: October 28, 2011 |

Case Number:   10-17968  
Debtor Name:   B.J. ESBERNER AND ASSOCIATES, INC.  

Priority Sequence (No Pay Hold)

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000029 070 7100-00 | MS SEDCO 8701 CASTLE PARK DRIVE Indianapolis, IN 46256 | Unsecured | | $587.19 | $656.78 | $656.78 |
| 000030 070 7100-00 | TELPRO INC 7251 SOUTH 42 ST Grand Forks, ND 58201 | Unsecured | | $1,970.57 | $1,150.86 | $1,150.86 |
| 000031 070 7100-00 | V-LINE 370 EASY ST Simi Valley, CA 93065 | Unsecured | | $13,555.03 | $2,619.04 | $2,619.04 |
| 000032 070 7100-00 | ROBERTS TOOL 16 MIDLAND AVENUE Elmwood Park, NJ 07407 | Unsecured | | $2,916.32 | $4,714.52 | $4,714.52 |
| 000033 070 7100-00 | LASER JAMB LLC 3725 IRONGATE RD STE 105 Bellingham, WA 98226 | Unsecured | | $2,839.49 | $3,026.49 | $3,026.49 |
| 000034 070 7100-00 | DBI SALA PO BOX 1450 MINNEAPOLIS, MN 55485-7502 | Unsecured | | $918.14 | $886.56 | $886.56 |
| 000035 070 7100-00 | PACIFIC LASER SYSTEMS, LLC 2550 KERNER BLVD San Rafaek, CA 94901 | Unsecured | | $1,249.68 | $1,249.68 | $1,249.68 |
| 000036 070 7100-00 | Paymentech, LLC Attn Lazonia Clark 14221 Dallas Parkway Dallas, TX 75254 | Unsecured | | $0.00 | $3,494.75 | $3,494.75 |
| 000037 070 7100-00 | MK DIAMOND DEPT 8247 LOS ANGELES, CA 90084-8247 | Unsecured | | $1,590.40 | $2,174.47 | $2,174.47 |
| 000039 070 7100-00 | JOHNSON LEVEL & TOOL MFG. CO., INC 6333 W DONGES BAY RD MEQUON, WI 53092-4456 | Unsecured | | $660.60 | $776.66 | $776.66 |
| 000040 070 7100-00 | CURRENT TOOLS PO BOX 17026 GREENVILLE, SC 29606 | Unsecured | | $6,117.56 | $6,257.81 | $6,257.81 |
| 000041 070 7100-00 | DAN LIPMAN & ASSOCIATES INC 5 TAYLOR COURT LOCUST VALLEY, NY 11560 | Unsecured | | $319.90 | $319.90 | $319.90 |
| 000042 070 7100-00 | MUZZY & PETERS 486 W WRIGHTWOOD AVE Elmhurst, IL 60126 | Unsecured | | $265.95 | $265.95 | $265.95 |

| | | EXHIBIT C | | | |
|---|---|---|---|---|---|
| Page 5 | | ANALYSIS OF CLAIMS REGISTER | | | Date: October 28, 2011 |

Case Number: 10-17968  
Debtor Name: B.J. ESBERNER AND ASSOCIATES, INC.  
Priority Sequence (No Pay Hold)

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000043 070 7100-00 | BEA INC<br>2330 Brickvale Dr.<br>Elk Grove Village, IL 60007 | Unsecured | | $297.00 | $297.00 | $297.00 |
| 000044 070 7100-00 | ENDEAVOR TOOL COMPANY<br>18 WORCESTER ST<br>West Boylston, MA 01583 | Unsecured | | $16.50 | $16.50 | $16.50 |
| 000045 070 7100-00 | MANUFACTURERS SALES CO<br>PO BOX 2064<br>Texarkana, TX 75504-2064 | Unsecured | | $5,962.00 | $7,282.23 | $7,282.23 |
| 000046 070 7100-00 | STOUT TOOL CORP<br>12280 DIXIE RD<br>Redford, MI 48239 | Unsecured | | $2,394.63 | $250.20 | $250.20 |
| 000047 070 7100-00 | CENTRAL TOOLS<br>456 WELLINGTON AVE<br>CRANSTON, RI 02910 | Unsecured | | $219.23 | $219.23 | $219.23 |
| 000048 070 7100-00 | SEATEK<br>392 PACIFIC ST<br>Stamford, CT 06902 | Unsecured | | $6,717.78 | $434.60 | $434.60 |
| 000049 070 7100-00 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | (49-1) CREDIT CARD DEBT | $11,782.92 | $11,782.92 | $11,782.92 |
| 000050 070 7100-00 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | (50-1) CREDIT CARD DEBT | $13,729.01 | $13,729.01 | $13,729.01 |
| 000051 070 7100-00 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | (51-1) CREDIT CARD DEBT | $188.39 | $188.39 | $188.39 |
| 000052 070 7100-00 | CRP Holdings C., L.P.<br>Holland & Knight, LLP<br>Attn: Robert J. Labate<br>131 S. Dearborn, 30th Flr<br>Chicago, IL 60603 | Unsecured | | $0.00 | $62,130.07 | $62,130.07 |
| 000053 070 7100-00 | TAYLOR PNEUMATIC<br>P.O. Box 117<br>Boynton Beach, FL 33425 | Unsecured | | $2,660.23 | $2,977.49 | $2,977.49 |
| 000054 080 7200-00 | Controlled Product Systems Group<br>5000 Osage Street, Suite 500<br>Denver, CO 80221 | Unsecured | | $0.00 | $4,941.92 | $4,941.92 |

| Page 6 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: October 28, 2011 |
|---|---|---|---|---|---|---|
| Case Number: | 10-17968 | Priority Sequence (No Pay Hold) | | | | |
| Debtor Name: | B.J. ESBERNER AND ASSOCIATES, INC. | | | | | |
| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
| | Case Totals: | | | $773,484.37 | $908,229.07 | $908,229.07 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 10-17968
Case Name: B.J. ESBERNER AND ASSOCIATES, INC.
Trustee Name: Joseph A. Baldi, Trustee

    Balance on hand      $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Joseph A. Baldi, Trustee | $ | $ | $ |
| Attorney for Trustee Fees: Baldi Berg & Wallace, Ltd. | $ | $ | $ |
| Attorney for Trustee Expenses: Baldi Berg & Wallace, Ltd. | $ | $ | $ |
| Accountant for Trustee Fees: Popowcer Katten, Ltd | $ | $ | $ |
| Other: BERNARD J ESBERNER, JR | $ | $ | $ |
| Other: International Sureties | $ | $ | $ |

    Total to be paid for chapter 7 administrative expenses      $_____
    Remaining Balance      $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $          must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000012B | LOUISVILLE LADDER | $ | $ | $ |
| 000038 | Illinois Department of Employment Security | $ | $ | $ |

Total to be paid to priority creditors                           $_____

Remaining Balance                                              $_____

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $          have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be      percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | ALBION ENGINEERING CO | $ | $ | $ |
| 000002 | Controlled Products Systems Group | $ | $ | $ |
| 000003 | ICS Division of Blount Ill | $ | $ | $ |
| 000004 | UNITED PARCEL SERVICE | $ | $ | $ |
| 000005 | Bernie Esberner | $ | $ | $ |
| 000006 | SYR-TECH | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000007 | WESCO INDUSTRIAL PRODUCTS | $ | $ | $ |
| 000008 | STABILA INC | $ | $ | $ |
| 000009 | CST CORP | $ | $ | $ |
| 000010 | JENNY & EMGLO AIR COMPRESSORS | $ | $ | $ |
| 000011 | HOSETRACT | $ | $ | $ |
| 000012A | LOUISVILLE LADDER | $ | $ | $ |
| 000013 | MILLER EDGE INC | $ | $ | $ |
| 000014 | Husqvarna Construction Products NA | $ | $ | $ |
| 000015 | BUILDER'S WORLD WHOLESALE | $ | $ | $ |
| 000016 | CALCULATED INDUSTRIES | $ | $ | $ |
| 000017 | CRYSTAL QUEST | $ | $ | $ |
| 000018 | EAGLE ACCESS CONTROL SYSTEM | $ | $ | $ |
| 000019 | MARLEY ENGINEERED PRODUCTS | $ | $ | $ |
| 000020 | CONSTRUCTION ELECTRICAL PRODUCTS | $ | $ | $ |
| 000021 | CRICK TOOL | $ | $ | $ |
| 000022 | BD LOOPS | $ | $ | $ |
| 000023 | TODOL PRODUCTS | $ | $ | $ |
| 000024 | BOULDER BAG CO | $ | $ | $ |
| 000025 | SOUTHWEST AUTOMATED SECURITY | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000026 | CENTRAL BUILDERS SUPPLY | $ | $ | $ |
| 000027 | WOBBLE LIGHT/PROBUILT | $ | $ | $ |
| 000028 | COM-SAL INC | $ | $ | $ |
| 000029 | MS SEDCO | $ | $ | $ |
| 000030 | TELPRO INC | $ | $ | $ |
| 000031 | V-LINE | $ | $ | $ |
| 000032 | ROBERTS TOOL | $ | $ | $ |
| 000033 | LASER JAMB LLC | $ | $ | $ |
| 000034 | DBI SALA | $ | $ | $ |
| 000035 | PACIFIC LASER SYSTEMS, LLC | $ | $ | $ |
| 000036 | Paymentech, LLC | $ | $ | $ |
| 000037 | MK DIAMOND | $ | $ | $ |
| 000039 | JOHNSON LEVEL & TOOL MFG. CO., INC | $ | $ | $ |
| 000040 | CURRENT TOOLS | $ | $ | $ |
| 000041 | DAN LIPMAN & ASSOCIATES INC | $ | $ | $ |
| 000042 | MUZZY & PETERS | $ | $ | $ |
| 000043 | BEA INC | $ | $ | $ |
| 000044 | ENDEAVOR TOOL COMPANY | $ | $ | $ |
| 000045 | MANUFACTURERS SALES CO | $ | $ | $ |
| 000046 | STOUT TOOL CORP | $ | $ | $ |
| 000047 | CENTRAL TOOLS | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000048 | SEATEK | $ | $ | $ |
| 000049 | American Express Bank, FSB | $ | $ | $ |
| 000050 | American Express Bank, FSB | $ | $ | $ |
| 000051 | American Express Bank, FSB | $ | $ | $ |
| 000052 | CRP Holdings C., L.P. | $ | $ | $ |
| 000053 | TAYLOR PNEUMATIC | $ | $ | $ |

Total to be paid to timely general unsecured creditors     $_____

Remaining Balance     $_____

Tardily filed claims of general (unsecured) creditors totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be     percent.

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000054 | Controlled Product Systems Group | $ | $ | $ |

Total to be paid to tardy general unsecured creditors     $_____

Remaining Balance     $_____

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be     percent.

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE