UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                                §
                                      §
B.J. ESBERNER AND ASSOCIATES,         §        Case No. 10-17968
INC.
                                      §
        Debtor(s)                     §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Joseph A. Baldi, Trustee, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
                        Kenneth S. Gardner
                        Clerk of the U.S. Bankruptcy Court
                        219 S. Dearborn, 7th Floor
                        Chicago, Illinois 60604

    Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at :
                10:00 a.m., on Tuesday, December 20, 2011
                in Courtroom 744. U.S. Courthouse
                219 S. Dearborn St., Chicago, IL

   If no objections are filed, upon entry of an order on the fee applications, the Trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____          By: Kenneth Gardner_____
                                            Clerk of Bankruptcy Court


*Joseph A. Baldi, Trustee*
*Suite 1500*
*19 South LaSalle Street*
*Chicago, IL 60603*

UST Form 101-7-NFR (5/1/2011) *(Page: 1)*

**UNITED STATES BANKRUPTCY COURT**
NORTHERN **DISTRICT OF** ILLINOIS
EASTERN **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| B.J. ESBERNER AND ASSOCIATES, INC. | § | Case No. 10-17968 |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION**

The Final Report shows receipts of     $

and approved disbursements of     $

leaving a balance on hand of[1]     $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Joseph A. Baldi, Trustee | $ | $ | $ |
| Attorney for Trustee Fees: Baldi Berg & Wallace, Ltd. | $ | $ | $ |
| Attorney for Trustee Expenses: Baldi Berg & Wallace, Ltd. | $ | $ | $ |
| Accountant for Trustee Fees: Popowcer Katten, Ltd | $ | $ | $ |
| Other: BERNARD J ESBERNER, JR | $ | $ | $ |
| Other: International Sureties | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses     $_____

Remaining Balance     $_____

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $         must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000012B | LOUISVILLE LADDER | $ | $ | $ |
| 000038 | Illinois Department of Employment Security | $ | $ | $ |

Total to be paid to priority creditors    $_____

Remaining Balance    $_____

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $            have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be     percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | ALBION ENGINEERING CO | $ | $ | $ |
| 000002 | Controlled Products Systems Group | $ | $ | $ |
| 000003 | ICS Division of Blount Ill | $ | $ | $ |
| 000004 | UNITED PARCEL SERVICE | $ | $ | $ |
| 000005 | Bernie Esberner | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000006 | SYR-TECH | $ | $ | $ |
| 000007 | WESCO INDUSTRIAL PRODUCTS | $ | $ | $ |
| 000008 | STABILA INC | $ | $ | $ |
| 000009 | CST CORP | $ | $ | $ |
| 000010 | JENNY & EMGLO AIR COMPRESSORS | $ | $ | $ |
| 000011 | HOSETRACT | $ | $ | $ |
| 000012A | LOUISVILLE LADDER | $ | $ | $ |
| 000013 | MILLER EDGE INC | $ | $ | $ |
| 000014 | Husqvarna Construction Products NA | $ | $ | $ |
| 000015 | BUILDER'S WORLD WHOLESALE | $ | $ | $ |
| 000016 | CALCULATED INDUSTRIES | $ | $ | $ |
| 000017 | CRYSTAL QUEST | $ | $ | $ |
| 000018 | EAGLE ACCESS CONTROL SYSTEM | $ | $ | $ |
| 000019 | MARLEY ENGINEERED PRODUCTS | $ | $ | $ |
| 000020 | CONSTRUCTION ELECTRICAL PRODUCTS | $ | $ | $ |
| 000021 | CRICK TOOL | $ | $ | $ |
| 000022 | BD LOOPS | $ | $ | $ |
| 000023 | TODOL PRODUCTS | $ | $ | $ |
| 000024 | BOULDER BAG CO | $ | $ | $ |
| 000025 | SOUTHWEST AUTOMATED SECURITY | $ | $ | $ |
| 000026 | CENTRAL BUILDERS SUPPLY | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000027 | WOBBLE LIGHT/PROBUILT | $ | $ | $ |
| 000028 | COM-SAL INC | $ | $ | $ |
| 000029 | MS SEDCO | $ | $ | $ |
| 000030 | TELPRO INC | $ | $ | $ |
| 000031 | V-LINE | $ | $ | $ |
| 000032 | ROBERTS TOOL | $ | $ | $ |
| 000033 | LASER JAMB LLC | $ | $ | $ |
| 000034 | DBI SALA | $ | $ | $ |
| 000035 | PACIFIC LASER SYSTEMS, LLC | $ | $ | $ |
| 000036 | Paymentech, LLC | $ | $ | $ |
| 000037 | MK DIAMOND | $ | $ | $ |
| 000039 | JOHNSON LEVEL & TOOL MFG. CO., INC | $ | $ | $ |
| 000040 | CURRENT TOOLS | $ | $ | $ |
| 000041 | DAN LIPMAN & ASSOCIATES INC | $ | $ | $ |
| 000042 | MUZZY & PETERS | $ | $ | $ |
| 000043 | BEA INC | $ | $ | $ |
| 000044 | ENDEAVOR TOOL COMPANY | $ | $ | $ |
| 000045 | MANUFACTURERS SALES CO | $ | $ | $ |
| 000046 | STOUT TOOL CORP | $ | $ | $ |
| 000047 | CENTRAL TOOLS | $ | $ | $ |
| 000048 | SEATEK | $ | $ | $ |
| 000049 | American Express Bank, FSB | $ | $ | $ |
| 000050 | American Express Bank, FSB | $ | $ | $ |
| 000051 | American Express Bank, FSB | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000052 | CRP Holdings C., L.P. | $ | $ | $ |
| 000053 | TAYLOR PNEUMATIC | $ | $ | $ |

　　Total to be paid to timely general unsecured creditors　　$_____

　　Remaining Balance　　$_____

　　Tardily filed claims of general (unsecured) creditors totaling $_____ have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be _____ percent, plus interest (if applicable).

　　Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000054 | Controlled Product Systems Group | $ | $ | $ |

　　Total to be paid to tardy general unsecured creditors　　$_____

　　Remaining Balance　　$_____

　　Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $_____ have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be _____ percent, plus interest (if applicable).

　　Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

　　　　　　　　　　　　　　　　NONE

　　　　　　　　　　　Prepared By: /s/_____
　　　　　　　　　　　　　　　　　　　　Joseph A. Baldi, Trustee

*Joseph A. Baldi, Trustee*
*Suite 1500*
*19 South LaSalle Street*
*Chicago, IL 60603*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.