# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re: §
§
B.J. ESBERNER AND ASSOCIATES, § Case No. 10-17968
INC.
§
Debtor(s) §

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Joseph A. Baldi, Trustee, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Kenneth S. Gardner
Clerk of the U.S. Bankruptcy Court
219 S. Dearborn, 7th Floor
Chicago, Illinois 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at :

10:00 a.m., on Tuesday, December 20, 2011
in Courtroom 744. U.S. Courthouse
219 S. Dearborn St., Chicago, IL

If no objections are filed, upon entry of an order on the fee applications, the Trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____                    By: Kenneth Gardner_____
                                                      Clerk of Bankruptcy Court

*Joseph A. Baldi, Trustee*
*Suite 1500*
*19 South LaSalle Street*
*Chicago, IL 60603*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| B.J. ESBERNER AND ASSOCIATES, INC. | § | Case No. 10-17968 |
| | § | |
| Debtor(s) | § | |

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 10,938.48 |
| and approved disbursements of | $ | 714.23 |
| leaving a balance on hand of[1] | $ | 10,224.25 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Joseph A. Baldi, Trustee | $ 1,843.85 | $ 0.00 | $ 1,843.85 |
| Attorney for Trustee Fees: Baldi Berg & Wallace, Ltd. | $ 6,896.50 | $ 0.00 | $ 6,896.50 |
| Attorney for Trustee Expenses: Baldi Berg & Wallace, Ltd. | $ 81.54 | $ 0.00 | $ 81.54 |
| Accountant for Trustee Fees: Popowcer Katten, Ltd | $ 945.00 | $ 0.00 | $ 945.00 |
| Other: BERNARD J ESBERNER, JR | $ 700.00 | $ 700.00 | $ 0.00 |
| Other: International Sureties | $ 14.23 | $ 14.23 | $ 0.00 |
| Total to be paid for chapter 7 administrative expenses | | | $ 9,766.89 |
| Remaining Balance | | | $ 457.36 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 647.39 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000012B | LOUISVILLE LADDER | $ 497.08 | $ 0.00 | $ 457.36 |
| 000038 | Illinois Department of Employment Security | $ 150.31 | $ 0.00 | $ 0.00 |
| | Total to be paid to priority creditors | | | $ 457.36 |
| | Remaining Balance | | | $ 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 892,158.64 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | ALBION ENGINEERING CO | $ 2,313.66 | $ 0.00 | $ 0.00 |
| 000002 | Controlled Products Systems Group | $ 4,941.92 | $ 0.00 | $ 0.00 |
| 000003 | ICS Division of Blount Ill | $ 6,688.69 | $ 0.00 | $ 0.00 |
| 000004 | UNITED PARCEL SERVICE | $ 1,133.70 | $ 0.00 | $ 0.00 |
| 000005 | Bernie Esberner | $ 609,000.00 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000006 | SYR-TECH | $ 941.26 | $ 0.00 | $ 0.00 |
| 000007 | WESCO INDUSTRIAL PRODUCTS | $ 6,480.08 | $ 0.00 | $ 0.00 |
| 000008 | STABILA INC | $ 185.13 | $ 0.00 | $ 0.00 |
| 000009 | CST CORP | $ 11,724.04 | $ 0.00 | $ 0.00 |
| 000010 | JENNY & EMGLO AIR COMPRESSORS | $ 2,102.37 | $ 0.00 | $ 0.00 |
| 000011 | HOSETRACT | $ 607.50 | $ 0.00 | $ 0.00 |
| 000012A | LOUISVILLE LADDER | $ 2,463.99 | $ 0.00 | $ 0.00 |
| 000013 | MILLER EDGE INC | $ 1,637.57 | $ 0.00 | $ 0.00 |
| 000014 | Husqvarna Construction Products NA | $ 34,970.99 | $ 0.00 | $ 0.00 |
| 000015 | BUILDER'S WORLD WHOLESALE | $ 153.74 | $ 0.00 | $ 0.00 |
| 000016 | CALCULATED INDUSTRIES | $ 62.05 | $ 0.00 | $ 0.00 |
| 000017 | CRYSTAL QUEST | $ 1,014.90 | $ 0.00 | $ 0.00 |
| 000018 | EAGLE ACCESS CONTROL SYSTEM | $ 562.50 | $ 0.00 | $ 0.00 |
| 000019 | MARLEY ENGINEERED PRODUCTS | $ 1,819.50 | $ 0.00 | $ 0.00 |
| 000020 | CONSTRUCTION ELECTRICAL PRODUCTS | $ 397.28 | $ 0.00 | $ 0.00 |
| 000021 | CRICK TOOL | $ 87.63 | $ 0.00 | $ 0.00 |
| 000022 | BD LOOPS | $ 1,156.92 | $ 0.00 | $ 0.00 |
| 000023 | TODOL PRODUCTS | $ 2,454.96 | $ 0.00 | $ 0.00 |
| 000024 | BOULDER BAG CO | $ 1,060.09 | $ 0.00 | $ 0.00 |
| 000025 | SOUTHWEST AUTOMATED SECURITY | $ 68,038.03 | $ 0.00 | $ 0.00 |
| 000026 | CENTRAL BUILDERS SUPPLY | $ 2,690.46 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000027 | WOBBLE LIGHT/PROBUILT | $ 222.57 | $ 0.00 | $ 0.00 |
| 000028 | COM-SAL INC | $ 346.00 | $ 0.00 | $ 0.00 |
| 000029 | MS SEDCO | $ 656.78 | $ 0.00 | $ 0.00 |
| 000030 | TELPRO INC | $ 1,150.86 | $ 0.00 | $ 0.00 |
| 000031 | V-LINE | $ 2,619.04 | $ 0.00 | $ 0.00 |
| 000032 | ROBERTS TOOL | $ 4,714.52 | $ 0.00 | $ 0.00 |
| 000033 | LASER JAMB LLC | $ 3,026.49 | $ 0.00 | $ 0.00 |
| 000034 | DBI SALA | $ 886.56 | $ 0.00 | $ 0.00 |
| 000035 | PACIFIC LASER SYSTEMS, LLC | $ 1,249.68 | $ 0.00 | $ 0.00 |
| 000036 | Paymentech, LLC | $ 3,494.75 | $ 0.00 | $ 0.00 |
| 000037 | MK DIAMOND | $ 2,174.47 | $ 0.00 | $ 0.00 |
| 000039 | JOHNSON LEVEL & TOOL MFG. CO., INC | $ 776.66 | $ 0.00 | $ 0.00 |
| 000040 | CURRENT TOOLS | $ 6,257.81 | $ 0.00 | $ 0.00 |
| 000041 | DAN LIPMAN & ASSOCIATES INC | $ 319.90 | $ 0.00 | $ 0.00 |
| 000042 | MUZZY & PETERS | $ 265.95 | $ 0.00 | $ 0.00 |
| 000043 | BEA INC | $ 297.00 | $ 0.00 | $ 0.00 |
| 000044 | ENDEAVOR TOOL COMPANY | $ 16.50 | $ 0.00 | $ 0.00 |
| 000045 | MANUFACTURERS SALES CO | $ 7,282.23 | $ 0.00 | $ 0.00 |
| 000046 | STOUT TOOL CORP | $ 250.20 | $ 0.00 | $ 0.00 |
| 000047 | CENTRAL TOOLS | $ 219.23 | $ 0.00 | $ 0.00 |
| 000048 | SEATEK | $ 434.60 | $ 0.00 | $ 0.00 |
| 000049 | American Express Bank, FSB | $ 11,782.92 | $ 0.00 | $ 0.00 |
| 000050 | American Express Bank, FSB | $ 13,729.01 | $ 0.00 | $ 0.00 |
| 000051 | American Express Bank, FSB | $ 188.39 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000052 | CRP Holdings C., L.P. | $ 62,130.07 | $ 0.00 | $ 0.00 |
| 000053 | TAYLOR PNEUMATIC | $ 2,977.49 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors　$　0.00

Remaining Balance　$　0.00

Tardily filed claims of general (unsecured) creditors totaling $ 4,941.92 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000054 | Controlled Product Systems Group | $ 4,941.92 | $ 0.00 | $ 0.00 |

Total to be paid to tardy general unsecured creditors　$　0.00

Remaining Balance　$　0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ _____

Joseph A. Baldi, Trustee

*Joseph A. Baldi, Trustee*
*Suite 1500*
*19 South LaSalle Street*
*Chicago, IL 60603*

UST Form 101-7-NFR (5/1/2011) *(Page: 6)*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                               United States Bankruptcy Court
                               Northern District of Illinois
In re:                                                                                  Case No. 10-17968-ERW
B.J. Esberner and Associates, Inc.                                                      Chapter 7
         Debtor                          CERTIFICATE OF NOTICE
District/off: 0752-1           User: wepps                 Page 1 of 4                  Date Rcvd: Nov 22, 2011
                               Form ID: pdf006             Total Noticed: 148


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 24, 2011.
db           #+B.J. Esberner and Associates, Inc.,    5707 W. Howard St.,    Niles, IL 60714-4012
15457195       AAA COOPER TRANSPORTATION,    PO BOX 102442,    Atlanta, GA 30368-2442
15457196      +ABF FREIGHT SYSTEM INC,    2943 E WIEDING RD,    TUCSON, AZ 85706-5995
15457198       AGL CORP,    3355 SOLUTIONS CENTER,    JACKSONVILLE, FL 60677-3003
15457199      +ALBION ENGINEERING CO,    C/O Jennifer L Story Esquire,    Archer & Greiner PC,
                 One Centennial Square,    Haddonfield, NJ 08033-2374
15457200      +AMAZON.COM,    1516 2nd Avenue,    Seattle, WA 98101-1543
15457201       AMERICAN EXPRESS,    PO BOX 0001,    LOS ANGELES, CA 90096-0001
15457202       AMERICAN EXPRESS,    PO Box 53852,    Phoenix, AZ 85072-3852
15457203       AMERICAN EXPRESS BLUE,    PO BOX 0001,    LOS ANGELES, CA 90096-0001
15457204      +AMEX MERCHANT,    PO BOX 53852,    Phoenix, AZ 85072-3852
15457205      +ANTECH CORP,    4261 S COUNTRY CLUB,    TUCSON, AZ 85714-2009
16090931       American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
15457206      +BAC INDUSTRIES,    PO BOX 5236,    HOPKINS, MN 55343-2236
15457207       BANK OF AMERICA,    PO BOX 15710,    WILMINGTON, DE 19886-5710
15457208      +BD LOOPS,    5362 BOLSA AVE,    UNIT C,    HUNTINGTON BEACH, CA 92649-1055
15457209      +BEA INC,    2330 Brickvale Dr.,    Elk Grove Village, IL 60007-6826
15457211      +BOULDER BAG CO,    224 WEST 4860,    SOUTH MURRAY, UT 84107-7986
15457212      +BOURN TOUGH,    371 MCDOWELL DR,    EAST BRUNSWICK, NJ 08816-4072
15457213       BUCKET DOLLY INC,    PO BOX 88661,    BOCA RATON, FL 33488
15457214      +BUFFALO TOOLS,    1220 NORTH PRICE RD,    Saint Louis, MO 63132-2316
15457215      +BUILDER'S WORLD WHOLESALE,    PO BOX 2285,    WAUKESHA, WI 53187-2285
15457210      +Bernie Esberner,    6639 N. Oconto Ave.,    Chicago, IL 60631-3915
15457216       C.H. HANSON CO,    2000 N AURORA RD,    NAPERVILLE, IL 60563-8793
15457217      +CALCULATED INDUSTRIES,    4840 HYTECH DR,    CARSON CITY, NV 89706-2408
15457218       CAMPBELL HAUSFELD - AIR TOOLS,    PO BOX 710797,    CINCINNATI, OH 45271-0797
15457219       CAMPBELL HAUSFELD - POWERED PROD,    PO BOX 710797,    CINCINNATI, OH 45271-0797
15457220      +CANNON SAFE/GUNVAULT,    19949 KENDALL DRIVE,    SAN BERNADINO, CA 92407-5176
15457221      +CENTRAL BUILDERS SUPPLY,    ATT: DEBBIE M,    6800 N W 22ND ST,    GAINESVILLE, FL 32653-1614
15457222      +CENTRAL TOOLS,    456 WELLINGTON AVE,    CRANSTON, RI 02910-2900
15457223      +CHAMBERLAIN GROUP INC,    PO BOX 99152,    CHICAGO, IL 60693-9152
15457227       CHASE,    PO BOX 15153,    WILMINGTON, DE 19886-5153
15457226       CHASE,    PO BOX 9001020,    LOUSIVILLE, KY 40290-1020
15457225      +CHASE,    PO BOX 78035,    PHOENIX, AZ 85062-8035
15457224       CHASE,    PO BOX 9001022,    LOUISVILLE, KY 40290-1022
15457230       CITIBANK AADVANTAGE,    PO BOX 6537,    THE LAKES, NV 88901-6537
15457231       COLLIERS INTERNATIONAL REMS,    23516 NETWORK PL,    CHICAGO, IL 60673-1235
15457233      +COM-SAL INC,    11723 NORTHLINE IND DR,    MARYLAND HEIGHTS, MO 63043-3312
15457234      +CONSTRUCTION ELECTRICAL PRODUCTS,    7800 LAS POSITAS RD,    LIVERMORE, CA 94551-8240
15457235      +CRICK TOOL,    17785 FM 773,    BEN WHEELER, TX 75754-6025
16161863      +CRP Holdings C., L.P.,    Holland & Knight, LLP,    Attn: Robert J. Labate,
                 131 S. Dearborn, 30th Flr,    Chicago, IL 60603-5550
15457236      +CRYSTAL QUEST,    2130 NORTHWEST PARKWAY,    STE I,    MARIETTA, GA 30067-9307
15457237       CST CORP,    PO BOX 0532113,    ATLANTA, GA 30353-2113
15457238      +CURRENT TOOLS,    PO BOX 17026,    GREENVILLE, SC 29606-8026
15457228       Chase Paymentech Solutions, LLC,    Attn Lazonia M Clark,    14421 Dallas Pkwy, Bldg II,
                 Dallas, TX 75254
15630252      +Controlled Products Systems Group,    5000 Osage Street, Suite 500,    Denver, CO 80221-7820
15457239      +D-CUT - ACTO INC,    1432 BROOK DR,    LOMBARD, IL 60515-1025
15457240      #+DAN LIPMAN & ASSOCIATES INC,    5 TAYLOR COURT,    LOCUST VALLEY, NY 11560-1417
15457241       DBI SALA,    PO BOX 1450,    MINNEAPOLIS, MN 55485-7502
15457243      +DISCOVER CARD  PERSONAL,    PO BOX 6103,    CAROL STREAM, IL 60197-6103
15457244      +DITEQ/DIAMOND TOOLS & EQUIPMENT,    1250 NW MAIN ST,    LEE'S SUMMIT, MO 64086-9319
15457246      +DORENE GATE OPENERS,    1199 NORTH GROVE ST,    ANAHEIM, CA 92806-2110
15457247      #+EAGLE ACCESS CONTROL SYSTEM,    13745 SATICOY ST,    VAN NUYS, CA 91402-6517
15457248      +ENDEAVOR TOOL COMPANY,    18 WORCESTER ST,    West Boylston, MA 01583-1413
15457249      +GENERAL EQUIPMENT,    PO BOX 334,    620 ALEXANDER DR SW,    OWATONNA, MN 55060-4712
15457250       GENERAL TOOLS & INSTRUMENTS,    80 WHITE ST,    NEW YORK, NY 10013-3567
15457252      +GTO INC,    PO BOX 535076,    ATLANTA, GA 30353-5076
15457253       GUARDIAN GATE HARDWARE,    4261 SOUTH COUNTRY CLUB RD,    TUCSON, AZ 85714-2009
15457254       HARRIS N.A.,    PO BOX 6290,    CAROL STREAM, IL 60197-6290
15457255      +HOSETRACT,    PO BOX 80008,    FORT WAYNE, IN 46898-0008
15668191      +ICS Division of Blount Ill,    Attn Maren Anderson Wymore,    4909 SE International Way,
                 Portlan, OR 97222-4601
15457257       ICS, BLOUNT INC,    PO BOX 404298,    ATLANTA, GA 30384-4298
15457258      +IL DEPT OF REVENUE RETAILERS,    IL DEPT OF REVENUE RETAILERS OCCTAX,    SPRINGFIELD, IL 62796-0001
15457259      +IMER USA INC,    221 Westhampton Place,    Capitol Heights, MD 20743-3521
15852140      +Illinois Department of Employment Security,    33 South State Street 10th Floor,
                 Chicago, Illinois 60603-2803,    Attn. Amelia Yabes
15457260      +JENNY & EMGLO AIR COMPRESSORS,    850 N PLEASANT AVE,    SOMERSET, PA 15501-1069
15457261       JOHNSON LEVEL & TOOL MFG. CO., INC,    6333 W DONGES BAY RD,    MEQUON, WI 53092-4456
15457262      +KESON INDUSTRIES,    810 COMMERCE,    Aurora, IL 60504-7931
15457263      +KETEC, INC.,    1256 N. CHURCH STREET,    Unit A,    MOORESTOWN, NJ 08057-1146
15457264      +KJB SECURITY PRODUCTS,    841-B FESSLERS PARKWAY,    Nashville, TN 37210-2923
```

```
District/off: 0752-1           User: wepps                Page 2 of 4         Date Rcvd: Nov 22, 2011
                               Form ID: pdf006            Total Noticed: 148


15457265       KRAFT TOOL INC,    PO BOX 860230,    Shawnee, KS 66286-0230
15457266      +LAGASSE BROTHERS,    1339 SOLUTIONS CTR,    Chicago, IL 60677-1003
15457267      +LANDMANN USA,    101 OLD MILL RD BLDG 300,    Cartersville, GA 30120-4148
15457268      +LASER JAMB LLC,    3725 IRONGATE RD,    STE 105,    Bellingham, WA 98226-7631
15457269      +LASER PRODUCTS INDS INC,    1335 LAKESIDE DR,    Romeoville, IL 60446-1499
15457270      +LASER REFERENCE,    151 MARTINVALE LN,    San Jose, CA 95119-1454
15457271      +LASERKERF,    669 BURTON PIKE,    Georgetown, KY 40324-9513
15457272      +LEICA,    PO BOX 536874,    Atlanta, GA 30353-6874
15457273      +LENGEMANN POSITIONING SOLUTIONS,    P.O. BOX 496,    Niles, MI 49120-0496
15457274       LOUISVILLE LADDER,    PO BOX 7247-6048,    PHILADELPHIA, PA 19170-6048
15457275       MANUFACTURERS SALES CO,    PO BOX 2064,    Texarkana, TX 75504-2064
15457276      +MARLEY ENGINEERED PRODUCTS,    PO BOX 99124,    Chicago, IL 60693-9124
15457277      +MAXONICS INDUSTRIAL NETWORK,    20651 GOLDEN SPRINGS DR,    Walnut, CA 91789-3866
15457278      +MIDWEST PRO MARKETING,    19027 JODI ROAD,    UNIT#1,    Mokena, IL 60448-8546
15457279      +MILLER EDGE INC,    PO BOX 159 RD,    300 NORTH JENNERSVILLE,    West Grove, PA 19390-9155
15457280      +MINDEN GRILL COMPANY,    2222 2E PARK PLACE,    Minden, NV 89423-8678
15457281       MK DIAMOND,    DEPT 8247,    LOS ANGELES, CA 90084-8247
15457283      +MRO SOLUTIONS,    5645 WEST HOWARD ST,    Niles, IL 60714-4011
15457284      +MS SEDCO,    8701 CASTLE PARK DRIVE,    Indianapolis, IN 46256-1272
15457285      +MUZZY & PETERS,    486 W WRIGHTWOOD AVE,    Elmhurst, IL 60126-1016
15457286       NED,    PO BOX 1461,    Brattleboro, VT 05302-1461
15457288      +NORTHWEST LASER,    2200 UNIVERSITY AVE,    SUITE 100,    St Paul, MN 55114-1844
15457290      +PACIFIC LASER SYSTEMS, LLC,    2550 KERNER BLVD,    San Rafaek, CA 94901-2505
15457291      +PRECISION DESIGNED PRODUCTS,    2807 OREGON COURT,    SUITE F1,    Torrance, CA 90503-2635
15457292      +PRECISION INSTRUMENTS INC,    PO BOX 1306,    Des Plaines, IL 60017-1306
15457293      +PRO-CUT,    PO Box 0070,    Pittsburgh, PA 15230-0070
15851492      +Paymentech, LLC,    Attn Lazonia Clark,    14221 Dallas Parkway,    Dallas, TX 75254-2942
15457294      +QEP CO INC,    1001 BROKEN SOUND PRKWY NW,    Boca Raton, FL 33487-3532
15457295      +QUAL-CRAFT INDUSTRIES INC,    PO BOX 36 60 MAPLE ST,    Mansfield, MA 02048-0036
15457296      +QUICK ANGLE INC,    36875 BACHELOR FLATS,    North Creston, WA 99117-5011
15457297       QUIKPOINT,    23B BRADFORD ST,    Concord, NA 01742
15457298      +RAMSET AUTOMATIC GATE SYSTEMS,    9116 DE GARMO AVE,    Sun Valley, CA 91352-2607
15457299      +ROBERTS TOOL,    16 MIDLAND AVENUE,    Elmwood Park, NJ 07407-3115
15457300      +ROYALMARC CORP,    160-B COMMERCE RD,    Boynton Beach, FL 33426-9386
15457301      +RTC FALL PROTECTION,    ONE SELLSTROM DR,    Palatine, IL 60067-6260
15457302      +SCHONSTEDT,    100 EDMOND RD,    Kearneysville, WV 25430-2700
15457303      +SE-KURE CONTROLS INC,    3714 RUNGE ST,    Franklin Park, IL 60131-1112
15457304      +SEA USA INC,    10850 NW 21ST,    BLDG 160,    Miami, FL 33172-2063
15457305      +SEATEK,    392 PACIFIC ST,    Stamford, CT 06902-5852
15457306      +SHOP VAC,    23348 NETWORK PLACE,    Chicago, IL 60673-1233
15457307       SKYLINK,    17 SHEARD AVE,    Brampton, Ontario
15457308      +SOUTHWEST AUTOMATED SECURITY,    10907 SHADY TRAIL,    ST#102,    Dallas, TX 75220-1321
15457309      +STABILA INC,    PO BOX 402,    South Elgin, IL 60177-0402
15457310      +STARRETT COMPANY,    14422 COLLECTIONS DR,    Chicago, IL 60693-0001
15457311      +STOUT TOOL CORP,    12280 DIXIE RD,    Redford, MI 48239-2451
15457312      +SURPLESS DUNN & CO,    2150 W LAWRENCE AVE,    Chicago, IL 60625-1430
15457314      +SYR-TECH,    325 WINDY POINT DR,    Glendale Heights, IL 60139-3804
15457315      +TALK-A-PHONE CO,    7530 N NATCHEZ AVE,    Niles, IL 60714-3804
15457316      +TAYLOR PNEUMATIC,    P.O. Box 117,    Boynton Beach, FL 33425-0117
15457317      +TEKTONE/RADIO SOUND CORP,    207 SOUTH CHESTNUT,    Chebanese, IL 60922-2125
15457318      +TELPRO INC,    7251 SOUTH 42 ST,    Grand Forks, ND 58201-9163
15457319       THE GUTSTER LLC,    T212 LINCOLN BLVD,    Middlesex, NJ 08846
15457320      +TODOL PRODUCTS,    25 WASHINGTON AVE,    Natick, MA 01760-3461
15457321      +TRACTEL GRIPHOIST DIVISION,    PO BOX 55811,    Boston, MA 02205-5811
15457322      +TRIANGLE DISTRIBUTING,    P.O. BOX 1961,    1060 FRONT AVE NW,    Grand Rapids, MI 49504-4209
15457323       TURBINAIRE,    1684 50TH AVE,    Lachine, Quebec
15457324      +UNITED PARCEL SERVICE,    LOCKBOX 577,    Carol Stream, IL 60132-0001
15720207      +UNITED PARCEL SERVICE,    c/o RMS Bankruptcy Recovery Services,    P.O. Box 4396,
                Timonium, Maryland 21094-4396
15457325      +UNIVERSAL PURCHASING ASSOC,    PO BOX 2628,    Greer, SC 29652-2628
15457326      +US AUTOMATIC,    2030 CENTURY CENTER BLVD,    SUITE 4,    Irving, TX 75062-4959
15457327     ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
              (address filed with court: US BANK,     PO BOX 790408,    St Louis, MO 63179)
15457328      +V-LINE,    370 EASY ST,    Simi Valley, CA 93065-1802
15457329      +VF IMAGEWEAR INC,    PO BOX 640396,    Pittsburgh, PA 15264-0396
15457330      +VF JEANSWEAR L. P.,    PO BOX 640017,    Pittsburgh, PA 15264-0017
15457331      +WARNER,    13435 INDUSTRIAL PARK BLVD,    Plymouth, MN 55441-3899
15457332      +WELLMADE TOOL,    3676 ENTERPRISE AVE,    Hayward, CA 94545-3206
15457333      +WELLS FARGO,    PO BOX 54349,    Los Angeles, CA 90054-0349
15457335      +WHEELER MFG DIV OF,    PO BOX 688,    3744 JEFFERSON RD,    Ashtabula, OH 44004-9101
15457336      +WILTON TOOL GROUP,    12476 COLLECTIONS CTR DR,    Chicago, IL 60693-0124
15457337      +WOBBLE LIGHT/PROBUILT,    1170 ALLANSON RD,    Mundelein, IL 60060-3806
15457339      +ZAREBA SYSTEMS INC,    BOX 681109,    Milwaukee, WI 53268-0001

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
15457197       E-mail/Text: bkr@cardworks.com Nov 23 2011 03:05:40     ADVANTA BUSINESS CARDS,    PO BOX 8088,
                PHILADELPHIA, PA 19101-8088
15457240      +E-mail/Text: melissalipman@danlipman.com Nov 23 2011 03:06:38     DAN LIPMAN & ASSOCIATES INC,
                5 TAYLOR COURT,    LOCUST VALLEY, NY 11560-1417
```

```
District/off: 0752-1          User: wepps              Page 3 of 4              Date Rcvd: Nov 22, 2011
                              Form ID: pdf006          Total Noticed: 148
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
15457242       E-mail/Text: cgood@diamondproducts.com Nov 23 2011 03:07:30      DIAMOND PRODUCTS,   PO BOX 74454,
                CLEVELAND, OH 44194-4454
15457251      +E-mail/Text: bankruptcy-notification@google.com Nov 23 2011 03:06:00       GOOGLE ADWORDS,
                1600 Amphitheatre Parkway,   Mountain View, CA 94043-1351
15457256       E-mail/Text: hcpcash.application@husqvarna.com Nov 23 2011 03:06:44
                HUSQVARNA CONSTRUCTION PRODUCTS,    PO BOX 2771,   CAROL STREAM, IL 60132-2771
15815425      +E-mail/Text: hcpcash.application@husqvarna.com Nov 23 2011 03:06:44
                Husqvarna Construction Products NA,    17400 West 119th Street,   Olathe, KS 66061-7740
15457287       E-mail/Text: bankrup@nicor.com Nov 23 2011 03:03:05      NICOR,   PO BOX 0632,
                Aurora, IL 60507-0632
15457334      +E-mail/Text: pellis@wescomfg.com Nov 23 2011 03:06:32      WESCO INDUSTRIAL PRODUCTS,   PO BOX 47,
                Lansdale, PA 19446-0047
15457338      +E-mail/Text: Vanessa.Adams@xerox.com Nov 23 2011 03:06:37       XEROX,   PO BOX 802555,
                Chicago, IL 60680-2555
                                                                                              TOTAL: 9

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
16114571*      American Express Bank, FSB,   c o Becket and Lee LLP,    POB 3001,   Malvern, PA 19355-0701
16114572*      American Express Bank, FSB,   c o Becket and Lee LLP,    POB 3001,   Malvern, PA 19355-0701
15815712*      Calculated Industries,   4840 Hytech Dr,   Carson City, NV 89706-2408
15457232*     +Colliers International Rems,   23516 Network Pl,   Chicago, IL 60673-1235
15457340*      Zareba Systems, Inc,   PO Box 681109,   Milwaukee, WI 53268-1109
15457229     ##+CHICAGO CASE COMPANY,   4446 S ASHLAND AVE,   CHICAGO, IL 60609-3141
15457245     ##+DOORJAK / HARDNOX LLC,   3024 DE LA VINA ST,   SUITE D,   SANTA BARBARA, CA 93105-3366
15457282     ##+MOBLO ENTERPRISE LLC,   09758 ELSWORTH RD,   East Jordan, MI 49727-9577
15457289     ##+PACH & COMPANY,   941 CALLE NEGOCIO,   San Clemente, CA 92673-6202
15457313     ##+SURVEYORS INSTRUMENT SERVICE CO,    2800 NORTH 16TH ST,   Phoenix, AZ 85006-1205
                                                                                   TOTALS: 0, * 5, ## 5
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 24, 2011**                    **Signature:**    _Joseph Speetjens_

```
District/off: 0752-1          User: wepps              Page 4 of 4              Date Rcvd: Nov 22, 2011
                              Form ID: pdf006          Total Noticed: 148
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 16, 2011 at the address(es) listed below:

          Ben L Schneider    on behalf of Debtor  B.J. Esberner and Associates, Inc.
           ben@windycitylawgroup.com,   mstone@windycitylawgroup.com
          Joseph A Baldi    jabaldi@baldiberg.com,    jbaldi@ecf.epiqsystems.com;jmanola@baldiberg.com
          Joseph A Baldi     on behalf of Trustee Joseph Baldi jabaldi@baldiberg.com,
           jabaldi@ameritech.net;jmanola@baldiberg.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov

                                                                                                                                                 TOTAL: 4