# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
### DIVISION

In re:                                    §
                                          §
B.J. ESBERNER AND ASSOCIATES,             §        Case No. 10-17968
INC.                                      §
                                          §
_____Debtor(s)_____ §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Joseph A. Baldi, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $                (see **Exhibit 1**), minus funds paid to the debtor and third parties of $        (see **Exhibit 2**), yielded net receipts of $                from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter   on             .  The case was pending for     months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/Joseph A. Baldi, Trustee _____
                                                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL GROSS RECEIPTS | | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | | |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | VF IMAGEWEAR INC PO BOX 640396 Pittsburgh, PA 15264 | | | | | |
| | Zareba Systems, Inc PO Box 681109 Milwaukee, WI 53268-1109 | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH A. BALDI, TRUSTEE | | | | | |
| INTERNATIONAL SURETIES | | | | | |
| BERNARD J ESBERNER, JR | | | | | |
| BALDI BERG & WALLACE | | | | | |
| BALDI BERG & WALLACE | | | | | |
| POPOWCER KATTEN, LTD | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000012B | LOUISVILLE LADDER | | | | | |
| 000038 | ILLINOIS DEPARTMENT OF EMPLOYMENT S | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | AAA COOPER TRANSPORTATION PO BOX 102442 Atlanta, GA 30368-2442 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | ABF FREIGHT SYSTEM INC 2943 E WIEDING RD TUCSON, AZ 85706-5937 | | | | | |
| | ADVANTA BUSINESS CARDS PO BOX 8088 PHILADELPHIA, PA 19101-8088 | | | | | |
| | AGL CORP 3355 SOLUTIONS CENTER JACKSONVILLE, IL 60677-3003 | | | | | |
| | AMAZON.COM 1516 2nd Avenue Seattle, WA 98101 | | | | | |
| | AMEX MERCHANT PO BOX 53852 Phoenix, AZ 85072 | | | | | |
| | ANTECH CORP 4261 S COUNTRY CLUB TUCSON, AZ 85714-2209 | | | | | |
| | BAC INDUSTRIES PO BOX 5236 HOPKINS, MN 55343 | | | | | |
| | BANK OF AMERICA PO BOX 15710 WILMINGTON, DE 19886-5710 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | BANK OF AMERICA PO BOX 15710 WILMINGTON, DE 19886-5710 | | | | | |
| | BANK OF AMERICA PO BOX 15710 WILMINGTON, DE 19886-5710 | | | | | |
| | BOURN TOUGH 371 MCDOWELL DR EAST BRUNSWICK, NJ 08816 | | | | | |
| | BUCKET DOLLY INC PO BOX 88661 BOCA RATON, FL 33488 | | | | | |
| | BUFFALO TOOLS 1220 NORTH PRICE RD Saint Louis, MO 63132 | | | | | |
| | C.H. HANSON CO 2000 N AURORA RD NAPERVILLE, IL 60563-8793 | | | | | |
| | CAMPBELL HAUSFELD - AIR TOOLS PO BOX 710797 CINCINNATI, OH 45271-0797 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | CAMPBELL HAUSFELD - POWERED PROD PO BOX 710797 CINCINNATI, OH 45271-0797 | | | | | |
| | CANNON SAFE/GUNVAULT 19949 KENDALL DRIVE SAN BERNADINO, CA 92407 | | | | | |
| | CHAMBERLAIN GROUP INC PO BOX 99152 CHICAGO, IL 60693 | | | | | |
| | CHASE PAYMENTECH PO BOX 6600 Hagerstown, MD 21741 | | | | | |
| | CHASE PO BOX 15153 WILMINGTON, DE 19886-5153 | | | | | |
| | CHASE PO BOX 15153 WILMINGTON, DE 19886-5153 | | | | | |
| | CHASE PO BOX 15153 WILMINGTON, DE 19886-5153 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | CHASE PO BOX 78035 PHOENIX, AZ 78035 | | | | | |
| | CHASE PO BOX 9001020 LOUSIVILLE, KY 40290-1020 | | | | | |
| | CHASE PO BOX 9001022 LOUISVILLE, KY 40290-1022 | | | | | |
| | CHICAGO CASE COMPANY 4446 S ASHLAND AVE CHICAGO, IL 60609 | | | | | |
| | CITIBANK AADVANTAGE PO BOX 6537 THE LAKES, NV 88901-6537 | | | | | |
| | COLLIERS INTERNATIONAL REMS 23516 NETWORK PL CHICAGO, IL 60673-1235 | | | | | |
| | D-CUT - ACTO INC 1432 BROOK DR LOMBARD, IL 60515 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | DIAMOND PRODUCTS PO BOX 74454 CLEVELAND, OH 44194-4454 | | | | | |
| | DISCOVER CARD PERSONAL PO BOX 6103 CAROL STREAM, IL 60197-0124 | | | | | |
| | DITEQ/DIAMOND TOOLS & EQUIPMENT 1250 NW MAIN ST LEE'S SUMMIT, MO 64086 | | | | | |
| | DOORJAK / HARDNOX LLC 3024 DE LA VINA ST SUITE D SANTA BARBARA, CA 93105 | | | | | |
| | DORENE GATE OPENERS 1199 NORTH GROVE ST ANAHEIM, CA 92806 | | | | | |
| | GENERAL EQUIPMENT PO BOX 334 620 ALEXANDER DR SW OWATONNA, MN 55060 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | GENERAL TOOLS & INSTRUMENTS 80 WHITE ST NEW YORK, NY 10013-3567 | | | | | |
| | GOOGLE ADWORDS 1600 Amphitheatre Parkway Mountain View, CA 94043 | | | | | |
| | GTO INC PO BOX 535076 ATLANTA, GA 30353 | | | | | |
| | GUARDIAN GATE HARDWARE 4261 SOUTH COUNTRY CLUB RD TUCSON, AZ 85714-2009 | | | | | |
| | HARRIS N.A. PO BOX 6290 CAROL STREAM, IL 60197-6290 | | | | | |
| | IL DEPT OF REVENUE RETAILERS IL DEPT OF REVENUE RETAILERS OCCTAX SPRINGFIELD, IL 62796 | | | | | |
| | IMER USA INC 221 Westhampton Place Capitol Heights, MD 20743 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | KESON INDUSTRIES 810 COMMERCE Aurora, IL 60504 | | | | | |
| | KETEC, INC. 1256 N. CHURCH STREET Unit A MOORESTOWN, NJ 08057 | | | | | |
| | KJB SECURITY PRODUCTS 841-B FESSLERS PARKWAY Nashville, TN 37210 | | | | | |
| | KRAFT TOOL INC PO BOX 860230 Shawnee, KS 66286-0230 | | | | | |
| | LAGASSE BROTHERS 1339 SOLUTIONS CTR Chicago, IL 60077-1003 | | | | | |
| | LANDMANN USA 101 OLD MILL RD BLDG 300 Cartersville, GA 30120 | | | | | |
| | LASER PRODUCTS INDS INC 1335 LAKESIDE DR Romeoville, IL 60446 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | LASER REFERENCE 151 MARTINVALE LN San Jose, CA 95119 | | | | | |
| | LASERKERF 669 BURTON PIKE Georgetown, KY 40324 | | | | | |
| | LEICA PO BOX 536874 Atlanta, GA 39353-6874 | | | | | |
| | LENGEMANN POSITIONING SOLUTIONS P.O. BOX 496 Niles, MI 49120 | | | | | |
| | MAXONICS INDUSTRIAL NETWORK 20651 GOLDEN SPRINGS DR Walnut, CA 91789 | | | | | |
| | MIDWEST PRO MARKETING 19027 JODI ROAD UNIT#1 Mokena, IL 60448 | | | | | |
| | MINDEN GRILL COMPANY 2222 2E PARK PLACE Minden, NV 89423 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | MOBLO ENTERPRISE LLC 09758 ELSWORTH RD East Jordan, MI 49727 | | | | | |
| | MRO SOLUTIONS 5645 WEST HOWARD ST Niles, IL 60714 | | | | | |
| | NED PO BOX 1461 Brattleboro, VT 05302-1461 | | | | | |
| | NICOR PO BOX 0632 Aurora, IL 60507-0632 | | | | | |
| | NORTHWEST LASER 2200 UNIVERSITY AVE SUITE 100 St Paul, MN 55114 | | | | | |
| | PACH & COMPANY 941 CALLE NEGOCIO San Clemente, CA 92673 | | | | | |
| | PRECISION DESIGNED PRODUCTS 2807 OREGON COURT SUITE F1 Torrance, CA 90503 | | | | | |
| | PRECISION INSTRUMENTS INC PO BOX 1306 Des Plaines, IL 60017 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | PRO-CUT PO Box 0070 Pittsburgh, PA 15264 | | | | | |
| | QEP CO INC 1001 BROKEN SOUND PRKWY NW Boca Raton, FL 33487 | | | | | |
| | QUAL-CRAFT INDUSTRIES INC PO BOX 36 60 MAPLE ST Mansfield, MA 02048 | | | | | |
| | QUICK ANGLE INC 36875 BACHELOR FLATS North Creston, WA 99117 | | | | | |
| | QUIKPOINT 23B BRADFORD ST Concord, NA 01742 | | | | | |
| | RAMSET AUTOMATIC GATE SYSTEMS 9116 DE GARMO AVE Sun Valley, CA 91352 | | | | | |
| | ROYALMARC CORP 160-B COMMERCE RD Boynton Beach, FL 33426 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | RTC FALL PROTECTION ONE SELLSTROM DR Palatine, IL 60067 | | | | | |
| | SCHONSTEDT 100 EDMOND RD Kearneysville, WV 25430 | | | | | |
| | SE-KURE CONTROLS INC 3714 RUNGE ST Franklin Park, IL 60131 | | | | | |
| | SEA USA INC 10850 NW 21ST BLDG 160 Miami, FL 33172 | | | | | |
| | SHOP VAC 23348 NETWORK PLACE Chicago, IL 60673 | | | | | |
| | SKYLINK 17 SHEARD AVE Brampton, Ontario | | | | | |
| | STARRETT COMPANY 14422 COLLECTIONS DR Chicago, IL 60693 | | | | | |
| | SURPLESS DUNN & CO 2150 W LAWRENCE AVE Chicago, IL 60625 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | SURVEYORS INSTRUMENT SERVICE CO 2800 NORTH 16TH ST Phoenix, AZ 85006 | | | | | |
| | TALK-A-PHONE CO 7530 N NATCHEZ AVE Niles, IL 60714 | | | | | |
| | TEKTONE/RADIO SOUND CORP 207 SOUTH CHESTNUT Chebanese, IL 60922 | | | | | |
| | THE GUTSTER LLC T212 LINCOLN BLVD Middlesex, NJ 08846 | | | | | |
| | TRACTEL GRIPHOIST DIVISION PO BOX 55811 Boston, MA 02284 | | | | | |
| | TRIANGLE DISTRIBUTING P.O. BOX 1961 1060 FRONT AVE NW Grand Rapids, MI 49501 | | | | | |
| | TURBINAIRE 1684 50TH AVE Lachine, Quebec | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | UNIVERSAL PURCHASING ASSOC PO BOX 2628 Greer, SC 29652 | | | | | |
| | US AUTOMATIC 2030 CENTURY CENTER BLVD SUITE 4 Irving, TX 75062 | | | | | |
| | US BANK PO BOX 790408 St Louis, MO 63179 | | | | | |
| | VF JEANSWEAR L. P. PO BOX 640017 Pittsburgh, PA 15264 | | | | | |
| | WARNER 13435 INDUSTRIAL PARK BLVD Plymouth, MN 55441 | | | | | |
| | WELLMADE TOOL 3676 ENTERPRISE AVE Hayward, CA 94545 | | | | | |
| | WELLS FARGO PO BOX 54349 Los Angeles, CA 90054 | | | | | |
| | WELLS FARGO PO BOX 54349 Los Angeles, CA 90054 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | WHEELER MFG DIV OF PO BOX 688 3744 JEFFERSON RD Ashtabula, OH 44005 | | | | | |
| | WILTON TOOL GROUP 12476 COLLECTIONS CTR DR Chicago, IL 60693 | | | | | |
| | XEROX PO BOX 802555 Chicago, IL 60680 | | | | | |
| | ZAREBA SYSTEMS INC BOX 681109 Milwaukee, WI 53268 | | | | | |
| 000001 | ALBION ENGINEERING CO | | | | | |
| 000049 | AMERICAN EXPRESS BANK, FSB | | | | | |
| 000050 | AMERICAN EXPRESS BANK, FSB | | | | | |
| 000051 | AMERICAN EXPRESS BANK, FSB | | | | | |
| 000022 | BD LOOPS | | | | | |
| 000043 | BEA INC | | | | | |
| 000005 | BERNIE ESBERNER | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000024 | BOULDER BAG CO | | | | | |
| 000015 | BUILDER'S WORLD WHOLESALE | | | | | |
| 000016 | CALCULATED INDUSTRIES | | | | | |
| 000026 | CENTRAL BUILDERS SUPPLY | | | | | |
| 000047 | CENTRAL TOOLS | | | | | |
| 000028 | COM-SAL INC | | | | | |
| 000020 | CONSTRUCTION ELECTRICAL PRODUCTS | | | | | |
| 000002 | CONTROLLED PRODUCTS SYSTEMS GROUP | | | | | |
| 000021 | CRICK TOOL | | | | | |
| 000052 | CRP HOLDINGS C., L.P. | | | | | |
| 000017 | CRYSTAL QUEST | | | | | |
| 000009 | CST CORP | | | | | |
| 000040 | CURRENT TOOLS | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000041 | DAN LIPMAN & ASSOCIATES INC | | | | | |
| 000034 | DBI SALA | | | | | |
| 000018 | EAGLE ACCESS CONTROL SYSTEM | | | | | |
| 000044 | ENDEAVOR TOOL COMPANY | | | | | |
| 000011 | HOSETRACT | | | | | |
| 000014 | HUSQVARNA CONSTRUCTION PRODUCTS NA | | | | | |
| 000003 | ICS DIVISION OF BLOUNT ILL | | | | | |
| 000010 | JENNY & EMGLO AIR COMPRESSORS | | | | | |
| 000039 | JOHNSON LEVEL & TOOL MFG. CO., INC | | | | | |
| 000033 | LASER JAMB LLC | | | | | |
| 000012A | LOUISVILLE LADDER | | | | | |
| 000045 | MANUFACTURERS SALES CO | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000019 | MARLEY ENGINEERED PRODUCTS | | | | | |
| 000013 | MILLER EDGE INC | | | | | |
| 000037 | MK DIAMOND | | | | | |
| 000029 | MS SEDCO | | | | | |
| 000042 | MUZZY & PETERS | | | | | |
| 000035 | PACIFIC LASER SYSTEMS, LLC | | | | | |
| 000036 | PAYMENTECH, LLC | | | | | |
| 000032 | ROBERTS TOOL | | | | | |
| 000048 | SEATEK | | | | | |
| 000025 | SOUTHWEST AUTOMATED SECURITY | | | | | |
| 000008 | STABILA INC | | | | | |
| 000046 | STOUT TOOL CORP | | | | | |
| 000006 | SYR-TECH | | | | | |
| 000053 | TAYLOR PNEUMATIC | | | | | |
| 000030 | TELPRO INC | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000023 | TODOL PRODUCTS | | | | | |
| 000004 | UNITED PARCEL SERVICE | | | | | |
| 000031 | V-LINE | | | | | |
| 000007 | WESCO INDUSTRIAL PRODUCTS | | | | | |
| 000027 | WOBBLE LIGHT/PROBUILT | | | | | |
| 000054 | CONTROLLED PRODUCT SYSTEMS GROUP | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| | | |
|---|---|---|
| Case No: | 10-17968   ERW   Judge: Eugene R. Wedoff | |
| Case Name: | B.J. ESBERNER AND ASSOCIATES, INC. | |
| | | |
| For Period Ending: | 03/07/12 | |

| | |
|---|---|
| Trustee Name: | Joseph A. Baldi, Trustee |
| Date Filed (f) or Converted (c): | 04/22/10 (f) |
| 341(a) Meeting Date: | 06/21/10 |
| Claims Bar Date: | 09/23/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Post-Petition Interest Deposits (u) | Unknown | N/A | | 2.89 | Unknown |
| 2. Parkway Bank Checking | 6,793.54 | 4,136.66 | | 4,136.66 | FA |
| 3. Parkway Bank Checking | 129.00 | 0.00 | | 0.00 | FA |
| 4. Parkway Bank CD | 10,553.00 | 0.00 | | 0.00 | FA |
| Acct #7130014418 secured by line of credit with bank | | | | | |
| 5. Accounts receivable | 2,000.00 | 0.00 | | 0.00 | FA |
| Not collectable | | | | | |
| 6. Accounts receivable | 8,368.00 | 0.00 | | 0.00 | FA |
| Not collectable | | | | | |
| 7. Office furniture | 2,000.00 | 100.00 | | 100.00 | FA |
| 8. Tools owned outright | 10,638.00 | 900.00 | | 900.00 | FA |
| 9. Tools in payment | 2,000.00 | 0.00 | | 0.00 | FA |
| 10. REFUND - Utility (ComEd) (u) | 0.00 | 549.14 | | 549.14 | FA |
| 11. INTELLECTUAL PROPERTY (u) | 0.00 | 5,250.00 | | 5,250.00 | FA |
| Trustee obtained court authority (5/25/10) to sell domain names | | | | | |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $42,481.54 | $10,935.80 | | $10,938.69 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee obtained court authority to sell the Debtor's domain name and inventory; Trustee issued a subpoena to the

Debtor's former bank to investigate potential assets; Trustee investigated potential preferences-no recoverable

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 10-17968   ERW   Judge: Eugene R. Wedoff | Trustee Name: | Joseph A. Baldi, Trustee |
| Case Name: | B.J. ESBERNER AND ASSOCIATES, INC. | Date Filed (f) or Converted (c): | 04/22/10 (f) |
| | | 341(a) Meeting Date: | 06/21/10 |
| | | Claims Bar Date: | 09/23/10 |

transfers; Trustee resolved claim issues.  Trustee filed Estate tax returns.  TFR filed.  Final hearing held.  Final distributions made 12/21/11.

Initial Projected Date of Final Report (TFR): 10/31/11        Current Projected Date of Final Report (TFR): 11/15/11

**UST Form 101-7-TDR (5/1/2011)** *(Page: 25)*

Ver: 16.05d

**FORM 2**

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 10-17968 -ERW |
| Case Name: | B.J. ESBERNER AND ASSOCIATES, INC. |

| | |
|---|---|
| Trustee Name: | Joseph A. Baldi, Trustee |
| Bank Name: | Bank of America, N.A. |
| Account Number / CD #: | *******6341  Money Market Account (Interest Earn |

| | |
|---|---|
| Taxpayer ID No: | *******8682 |
| For Period Ending: | 03/07/12 |

| | |
|---|---|
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | | | 0.00 |
| 05/17/10 | 11 | Johnson Tool<br>6333 W. Donges Bay<br>Mequon  WI  53092 | Sale Proceeds - Domain Names | 5,250.00 | | | | | 5,250.00 |
| 05/28/10 | 1 | Bank of America, N.A. | Interest Rate  0.030 | | 0.05 | | | | 5,250.05 |
| 06/11/10 | 2 | Parkway Bank & Trust Co.<br>4800 • Harlem Ave<br>Harwood Heights, IL 60706 | DEBTOR'S BANK ACCOUNT | 4,136.66 | | | | | 9,386.71 |
| 06/30/10 | 1 | Bank of America, N.A. | Interest Rate  0.030 | | 0.18 | | | | 9,386.89 |
| 07/21/10 | 7, 8 | BERNARD J ESBERNER, JR<br>6639 N. Oconto Ave<br>Chicago, IL 60631 | SALE PROCEEDS: INVENTORY | 500.00 | | | | | 9,886.89 |
| 07/30/10 | 1 | Bank of America, N.A. | Interest Rate  0.030 | | 0.23 | | | | 9,887.12 |
| 08/02/10 | 10 | COMED<br>P.O. BOX 805379<br>CHICAGO, IL  60680-5379 | Refund - Utility | 549.14 | | | | | 10,436.26 |
| 08/27/10 | 7, 8 | BERNARD J ESBERNER, JR<br>6639 N. Oconto Ave<br>Chicago, IL 60631 | SALE PROCEEDS: INVENTORY | 500.00 | | | | | 10,936.26 |
| 08/27/10 | | Transfer to Acct #*******6464 | Bank Funds Transfer<br>Transfer funds for payment of allowed<br>administrative expense to B. Esberner for removal<br>of Property. | | | | | -700.00 | 10,236.26 |
| 08/31/10 | 1 | Bank of America, N.A. | Interest Rate  0.030 | | 0.27 | | | | 10,236.53 |
| 09/30/10 | 1 | Bank of America, N.A. | Interest Rate  0.030 | | 0.25 | | | | 10,236.78 |
| 10/29/10 | 1 | Bank of America, N.A. | Interest Rate  0.030 | | 0.25 | | | | 10,237.03 |
| 11/30/10 | 1 | Bank of America, N.A. | Interest Rate  0.030 | | 0.26 | | | | 10,237.29 |
| 12/31/10 | 1 | Bank of America, N.A. | Interest Rate  0.030 | | 0.26 | | | | 10,237.55 |
| 01/31/11 | 1 | Bank of America, N.A. | Interest Rate  0.030 | | 0.26 | | | | 10,237.81 |
| 02/28/11 | 1 | Bank of America, N.A. | Interest Rate  0.010 | | 0.08 | | | | 10,237.89 |
| 03/16/11 | | Transfer to Acct #*******6464 | Bank Funds Transfer | | | | | -14.23 | 10,223.66 |
| 03/31/11 | 1 | Bank of America, N.A. | Interest Rate  0.010 | | 0.09 | | | | 10,223.75 |

FORM 2                                                                                          Page:   2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                              Exhibit 9

| | |
|---|---|
| Case No: | 10-17968  -ERW |
| Case Name: | B.J. ESBERNER AND ASSOCIATES, INC. |

| | |
|---|---|
| Trustee Name: | Joseph A. Baldi, Trustee |
| Bank Name: | Bank of America, N.A. |
| Account Number / CD #: | *******6341  Money Market Account (Interest Earn |

| | |
|---|---|
| Taxpayer ID No: | *******8682 |
| For Period Ending: | 03/07/12 |

| | |
|---|---|
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |
| 04/29/11 | 1 | Bank of America, N.A. | Interest Rate  0.010 | | 0.08 | | | | 10,223.83 |
| 05/31/11 | 1 | Bank of America, N.A. | Interest Rate  0.010 | | 0.09 | | | | 10,223.92 |
| 06/30/11 | 1 | Bank of America, N.A. | Interest Rate  0.010 | | 0.08 | | | | 10,224.00 |
| 07/29/11 | 1 | Bank of America, N.A. | Interest Rate  0.010 | | 0.08 | | | | 10,224.08 |
| 08/31/11 | 1 | Bank of America, N.A. | Interest Rate  0.010 | | 0.09 | | | | 10,224.17 |
| 09/30/11 | 1 | Bank of America, N.A. | Interest Rate  0.010 | | 0.08 | | | | 10,224.25 |
| 10/31/11 | 1 | Bank of America, N.A. | Interest Rate  0.010 | | 0.09 | | | | 10,224.34 |
| 11/30/11 | 1 | Bank of America, N.A. | Interest Rate  0.010 | | 0.08 | | | | 10,224.42 |
| 12/14/11 | 1 | Bank of America, N.A. | INTEREST REC'D FROM BANK | | 0.04 | | | | 10,224.46 |
| 12/14/11 | | Transfer to Acct #*******6464 | Final Posting Transfer | | | | | -10,224.46 | 0.00 |
| | | | To close MM in order to have one estate account | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Account  *******6341 | | Balance Forward | 0.00 | | 0  Checks | | 0.00 |
| | 5 | Deposits | 10,935.80 | | 0  Adjustments Out | | 0.00 |
| | 20 | Interest Postings | 2.89 | | 3  Transfers Out | | 10,938.69 |
| | | Subtotal | $   10,938.69 | | Total | $ | 10,938.69 |
| | 0 | Adjustments In | 0.00 | | | | |
| | 0 | Transfers In | 0.00 | | | | |
| | | Total | $   10,938.69 | | | | |

FORM 2

Page:    3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 10-17968 -ERW | |
| Case Name: | B.J. ESBERNER AND ASSOCIATES, INC. | |

| | |
|---|---|
| Trustee Name: | Joseph A. Baldi, Trustee |
| Bank Name: | Bank of America, N.A. |
| Account Number / CD #: | *******6464  Checking Account (Non-Interest Earn |

| | |
|---|---|
| Taxpayer ID No: | *******8682 |
| For Period Ending: | 03/07/12 |

| | |
|---|---|
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | | | 0.00 |
| 08/27/10 | | Transfer from Acct #*******6341 | Bank Funds Transfer<br>Transfer funds for payment of allowed administrative expense to B. Esberner for removal of Property. | | | | | 700.00 | 700.00 |
| 08/27/10 | 001001 | BERNARD J ESBERNER, JR<br>6639 N. Oconto Ave<br>Chicago, IL 60631 | Removal Costs<br>Allowed per ct order dtd 8-10-10 | | | 700.00 | | | 0.00 |
| 03/16/11 | | Transfer from Acct #*******6341 | Bank Funds Transfer | | | | | 14.23 | 14.23 |
| 03/16/11 | 001002 | International Sureties<br>701 Poydras Street  #420<br>New Orleans, LA 70139 | Bond Premium | | | 14.23 | | | 0.00 |
| 12/14/11 | | Transfer from Acct #*******6341 | Transfer In From MMA Account<br>To close MM in order to have one estate account | | | | | 10,224.46 | 10,224.46 |
| 12/21/11 | 001003 | JOSEPH A. BALDI , as Trustee<br>19 S. LaSalle Street<br>Suite 1500<br>Chicago, Illinois  60603 | Trustee Compensation | | | 1,843.85 | | | 8,380.61 |
| 12/21/11 | 001004 | Baldi Berg & Wallace, Ltd.<br>19 S. LaSalle St.<br>Suite 1500<br>Chicago, IL 60603 | Attorney for Trustee Fees (Trustee | | | 6,896.50 | | | 1,484.11 |
| 12/21/11 | 001005 | Baldi Berg & Wallace, Ltd.<br>19 S. LaSalle St.<br>Suite 1500<br>Chicago, IL 60603 | Attorney for Trustee Expenses (Trus | | | 81.54 | | | 1,402.57 |
| 12/21/11 | 001006 | Popower Katten, Ltd<br>35 E. Wacker Drive<br>Suite 1550<br>Chicago, Il  60601-2207 | Accountant for Trustee Fees (Other | | | 945.00 | | | 457.57 |
| 12/21/11 | 001007 | LOUISVILLE LADDER<br>PO BOX 7247-6048<br>PHILADELPHIA, PA 19170-6048 | Claim 000012B, Payment 92.05% | | | 457.57 | | | 0.00 |

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   4

Exhibit 9

| Case No: | 10-17968 -ERW |
| Case Name: | B.J. ESBERNER AND ASSOCIATES, INC. |
| Taxpayer ID No: | *******8682 |
| For Period Ending: | 03/07/12 |

| Trustee Name: | Joseph A. Baldi, Trustee |
| Bank Name: | Bank of America, N.A. |
| Account Number / CD #: | *******6464  Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers  ($) | Account / CD Balance ($) |

Account  *******6464

|   | Balance Forward |   | 0.00 |
|---|---|---|---|
| 0 | Deposits |   | 0.00 |
| 0 | Interest Postings |   | 0.00 |
|   | Subtotal | $ | 0.00 |
| 0 | Adjustments In |   | 0.00 |
| 3 | Transfers In |   | 10,938.69 |
|   | Total | $ | 10,938.69 |

| 7 | Checks |   | 10,938.69 |
|---|---|---|---|
| 0 | Adjustments Out |   | 0.00 |
| 0 | Transfers Out |   | 0.00 |
|   | Total | $ | 10,938.69 |

Report Totals

|   | Balance Forward |   | 0.00 |
|---|---|---|---|
| 5 | Deposits |   | 10,935.80 |
| 20 | Interest Postings |   | 2.89 |
|   | Subtotal | $ | 10,938.69 |
| 0 | Adjustments In |   | 0.00 |
| 3 | Transfers In |   | 10,938.69 |
|   | Total | $ | 21,877.38 |

| 7 | Checks |   | 10,938.69 |
|---|---|---|---|
| 0 | Adjustments Out |   | 0.00 |
| 3 | Transfers Out |   | 10,938.69 |
|   | Total | $ | 21,877.38 |
|   | Net Total Balance | $ | 0.00 |